# EXHIBIT A

US007295179B2

(12) **United States Patent**   (10) **Patent No.:**     **US 7,295,179 B2**
Dunn                           (45) **Date of Patent:**        **Nov. 13, 2007**

(54) **FLAT PANEL DISPLAY HAVING MULTIPLE DISPLAY AREAS ON ONE GLASS SUBSTRATE**

(75) Inventor:  **William R. Dunn**, Alpharetta, GA (US)

(73) Assignee:  **American Panel Corporation**, Alpharetta, GA (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/355,680**

(22) Filed:   **Jan. 31, 2003**

(65)          **Prior Publication Data**

US 2004/0150582 A1    Aug. 5, 2004

(51) **Int. Cl.**
     *G09G 3/36*       (2006.01)
(52) **U.S. Cl.** ........................ **345/102**; 345/3.1; 345/903
(58) **Field of Classification Search** ................ 345/1.3, 345/102, 103, 903
     See application file for complete search history.

(56)           **References Cited**

U.S. PATENT DOCUMENTS

4,740,786 A  *  4/1988  Smith ........................ 345/3.1

| | | | | |
|---|---|---|---|---|
| 4,878,086 A | * | 10/1989 | Isohata et al. | ................. 355/77 |
| 5,617,113 A | * | 4/1997 | Prince | ......................... 345/103 |
| 5,805,117 A | | 9/1998 | Mazurek et al. | ............... 345/1 |
| 5,889,568 A | * | 3/1999 | Seraphim et al. | .......... 349/73 |
| 6,249,329 B1 | | 6/2001 | Dabral et al. | ................. 349/73 |
| 6,259,497 B1 | * | 7/2001 | McDonnell et al. | ......... 349/73 |
| 6,341,879 B1 | | 1/2002 | Skinner et al. | ............. 362/295 |
| 6,825,829 B1 | * | 11/2004 | Albert et al. | ............... 345/107 |
| 2004/0008155 A1 | * | 1/2004 | Cok | ............................ 345/1.3 |
| 2004/0075623 A1 | * | 4/2004 | Hartman | ..................... 345/1.3 |

OTHER PUBLICATIONS

Greene, R. G. et al., Seamless Tiling Technology for Large Direct-View Color AMLCD's, SID 00 Digest, Oct. 2, 2002, 3 pp.
http://tftlcd.kyunghee.ac.kr/research/poly-Si/chapter1.html, Chapter 1 Introduction, Basic Concept of TFT-LCD, Oct. 2, 2002, 8 pp.

* cited by examiner

*Primary Examiner*—Richard Hjerpe
*Assistant Examiner*—Kimnhung Nguyen
(74) *Attorney, Agent, or Firm*—Stanley Law Group LLP

(57)          **ABSTRACT**

A flat panel display having a single back glass substrate and a single color filter passive plate divided into multiple, electrically isolated, separately addressable, functional sections having no visible seam between sections.

**15 Claims, 4 Drawing Sheets**





*(Prior Art)*

*FIG. 1*



FIG. 2



FIG. 3



FIG. 4

US 7,295,179 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**FLAT PANEL DISPLAY HAVING MULTIPLE DISPLAY AREAS ON ONE GLASS SUBSTRATE**

BACKGROUND AND SUMMARY OF THE INVENTION

The present invention relates to a flat panel display having multiple, and independent, display areas integrated on one glass backplane. The flat panel display of the present invention provides a continuous, large image, or independent video scenes. In addition to the features mentioned above, objects and advantages of the present invention will be readily apparent upon a reading of the following description.

In one embodiment, the flat panel display of the present invention, having a front display area and a back portion, is comprised of:

a first glass substrate having at least two separately addressable sections, the separately addressable sections including a first section and a second section;

a second glass substrate and wherein a liquid crystal layer is sandwiched between the first and second glass substrates;

wherein the first and second glass substrates are of a one-piece construction; and

wherein there is no visible seam between the first and second sections when viewing the flat panel display in operation.

BRIEF DESCRIPTION OF THE DRAWINGS

Novel features and advantages of the present invention, in addition to those mentioned above, will become apparent to those skilled in the art from a reading of the following detailed description in conjunction with the accompanying drawings wherein similar reference characters refer to similar parts and in which:

FIG. 1 illustrates a top plan view of one embodiment of a known display system;

FIG. 2 illustrates a top plan view of one embodiment of the flat panel display of the present invention;

FIG. 3 illustrates a top plan view of another embodiment of the flat panel display of the present invention; and

FIG. 4 illustrates an exploded view of one embodiment of a liquid crystal display.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENT(S)

The preferred system herein described is not intended to be exhaustive or to limit the invention to the precise forms disclosed. They are chosen and described to explain the principles of the invention, and the application of the method to practical uses, so that others skilled in the art may practice the invention.

The present invention relates to a single display, using a single motherglass substrate and, preferably a single color filter passive plate, that is divided into multiple, preferably electrically isolated, functional sections. Accordingly, there will be no seal between sections. A few advantages of dividing the screen into multiple screens is:

Real world redundancy (if one section of the display, its backlight or associated graphics/video processor fails, the other section(s) keep on functioning). In an alternative embodiment, the separate sections of the display are not electrically isolated;

Reduced electromagnetic interference (EMI) emissions—preferably, pixel clock frequency is reduced by a factor of two each time the number of sections is doubled;

Reduces the burden or processing horsepower required by the graphics generator or video generator (like EMI, preferably the horsepower required is reduced by a factor of two each time the number of sections is doubled);

Reduction in system weight, volume, cost and/or instrument panel consumption for a given total display area (i.e., one large sectioned display in a single chassis weighs less, occupies less volume and instrument panel space, and costs less than multiple displays having multiple chassis).

With the present invention there is no visible "seam" between the sections. With synchronized graphics processors the viewer could see one continuous, large image, or totally independent video scenes, from independent video sources/processors, which could be viewed on each section.

FIG. 1 illustrates a block schematic of a typical "standard" single bank liquid crystal display.

FIG. 2 illustrates a block schematic of one embodiment of the flat panel display of the present invention 10. FIG. 2 illustrates two independent "single bank" liquid crystal displays (LCDs) (preferable active matrix liquid crystal displays (AMLCDs) on one motherglass substrate or backplane 12. The display is divided into two sections 14, 16 which are preferably electrically independent. In this embodiment, each display section has separate gate drivers 18, 19 and source drivers 20, 21 on the glass substrate (accordingly each display area is separately addressable). In the preferred embodiment, the display would be integrated into one chassis (not shown). The display sections would also preferably each have its own flex interface input 22, 28 power supply, backlight, video interface 24, 30 and graphics processor 26, 32. These components may also be connected to a system processor 33. These electronic components and circuitry are well known in the art and commercially available components. For example, U.S. Pat. No. 6,111,560, incorporated by reference herein, teaches one example of a liquid crystal display.

In the embodiment of FIG. 2, the gate and source drivers are placed on the back glass substrate 34. Since the substrate is one piece, there are no visible seams in the display or in-between the display sections 14, 16 (the dividing point between the two display sections is shown as a dotted line in FIG. 2 indicating that it is not visible to the viewer). In the preferred embodiment, the front glass 40 having color filters is also of a one-piece construction.

FIG. 3 illustrates a block diagram of another embodiment of the flat panel display of the present invention. FIG. 3 illustrates four independent "single bank" liquid crystal displays (LCDs) (preferably active matrix liquid crystal displays (AMLCDs)) on one motherglass substrate or backplane. The display is divided up into four sections 50, 52, 54, 56 (associated electronics not shown). In the embodiment of FIG. 3, the gate and source drivers are placed on the back glass substrate 58. Since the substrate is one piece, there are no visible seams in the display or in-between the display sections (the dividing point between the four display sections is shown as a dotted line in FIG. 3 indicating that it is not visible to the viewer). In the preferred embodiment, the front glass 40 having color filters is also of a one-piece construction.

FIG. 4 illustrates an exploded view of one embodiment of a liquid crystal display of the present invention. Typical layers of the display include a front polarizer 60, front glass substrate 62, preferably with color filters, liquid crystal layer

**3**

64, back glass 66 with TFT circuitry, rear polarizer 68, a diffuser 70, an extraction pattern layer 72, a light 74 and reflector 76.

In a typical normal mode, the display may operate as a single wide screen panoramic (e.g., 2 section) or large display (e.g., 4 section). One display could replace multiple (e.g., 2-4) independent displays providing equal or greater image area in less space, at lower cost, with no mullions or visible interruptions between adjacent sections.

The present invention provides built-in redundancy. For example, each section is preferably electrically independent from the other sections (e.g., AMLCD, backlight, heater, video/graphic input, graphic/video processor, and power supply) so that if one section fails the other(s) keep(s) operating.

The present invention also reduces the burden of the graphics processor. For example, in the preferred embodiments, each graphics processor drives a portion of the image (e.g., ½ the load per processor on a 2 section AMLCD backplane and ¼ the load on a 4 section AMLCD backplane). Therefore, the present invention has 2-4 times the image update rate for a given graphics processor, or the same image update rate using a less expensive graphics processor.

The present invention also provides a low EMI and/or image noise. For example, the image pixel clock preferably runs at ½ (2 section) or ¼ (4 section) the rate required for "normal" AMLCD of the same physical size and resolution, respectively for the embodiments of FIGS. 2 and 3.

The examples below illustrate specific example embodiments of the present invention.

2 Independent AMLCDs on 1 Glass Backplane:

As an example, replace three 8.00"v×6.00" 1024×768 AMLCDs (requires 9.00"×21.00" of panel space & provides 144 in$^2$ of image area), with one 8.00"×20.00" 1024×1280×2 on one backplane (requires same ~9.00"×21.00" of panel space & but provides 11% larger 160 in$^2$ of image area). Replace the 3 chassis, 3 power supplies, 3 AMLCDs, 3 backlights, 3 GPs, etc. with 1 AMLCD, 1 chassis, 2 power supplies, 2 backlights, 2 GPs, etc.

For example, two 42" 16:9 aspect ratio AMLCDs may be installed on a 1.0×1.2 meter mother glass (or another alternative is one 60" diagonal on this motherglass). Other examples include a 1.10×1.25 meter mother glass; or 1.50× 1.85 meter mother glass (capable of two 67" diagonal or one 92" diagonal display from one motherglass).

Having shown and described a preferred embodiment of the invention, those skilled in the art will realize that many variations and modifications may be made to affect the described invention and still be within the scope of the claimed invention. Thus, many of the elements indicated above may be altered or replaced by different elements which will provide the same result and fall within the spirit of the claimed invention. It is the intention, therefore, to limit the invention only as indicated by the scope of the claims.

What is claimed is:

1. A flat panel display comprising:
a first and a second substrate with a unitary layer of liquid crystal material sandwiched therebetween;
from two to four uniquely addressable display sections arranged in the liquid crystal material, said uniquely addressable display sections having a unique set of gate drivers and source drivers uniquely addressable;
wherein said uniquely addressable display sections being electrically separate and independent of each other;

**4**

wherein said first and second substrates are each of a one-piece construction; and
wherein there is neither a physical nor visible seam between the uniquely addressable display sections when viewing said flat panel display in operation.

2. The flat panel display according to claim 1, wherein the viewer can view one continuous large image on all of the uniquely addressable display sections or independent video scenes on each of the uniquely addressable sections.

3. The flat panel display according to claim 1, wherein said flat panel display is redundant in that if one of the uniquely addressable display sections fails, at least one other uniquely addressable display section continues to operate.

4. The flat panel display according to claim 1, wherein said first substrate has gate drivers on the edge and source drivers on another edge.

5. The flat panel display according to claim 1, wherein said first section is further comprised of:
a first power supply for powering said first section;
a first backlight adapted to provide light to said first section;
a first graphics processor for sending signals to said first section;
and wherein said second section is further comprised of:
a second power supply for powering said second section;
a second backlight adapted to provide light to said second section;
a second graphics processor for sending signals to said second section.

6. The flat panel display according to claim 5, wherein said flat panel display is incorporated into one chassis.

7. A flat panel display comprising:
a first glass substrate having at least two electrically separate and independent sections, each said electrically separate and independent section having one or two uniquely addressable display areas;
wherein said first glass substrate is of a one-piece construction; and
wherein there is neither a physical nor visible seam between any of the uniquely addressable display areas when viewing said flat panel display in operation.

8. The flat panel display according to claim 7, wherein each uniquely addressable display area is addressed by a set of gate drivers and source drivers.

9. The flat panel display according to claim 7, further comprised of a second glass substrate and wherein a liquid crystal layer is sandwiched between said first and second substrates.

10. The flat panel display according to claim 9, wherein said second glass substrate is of a one-piece construction.

11. The flat panel display according to claim 7, wherein said first section is further comprised of:
a first power supply for powering said first section;
a first backlight adapted to provide light to said first section;
a first graphics processor for sending signals to said first section;
and wherein said second section is further comprised of:
a second power supply for powering said second section;
a second backlight adapted to provide light to said second section;
a second graphics processor for sending signals to said second section; and
wherein said flat panel display is redundant in that if the first section fails, said second section continues to operate.

US 7,295,179 B2

5

**12**. The flat panel display according to claim **11**, wherein said flat panel display and all its components are incorporated into one chassis.

**13**. A flat panel display comprising:

a first and a second substrate with a unitary layer of liquid crystal material sandwiched therebetween;

a first and second uniquely addressable display section arranged in the liquid crystal material, said uniquely addressable sections being electrically insulated and independent of each other;

wherein said first and second substrates are each of a one-piece construction; and

wherein there is neither a physical seam nor visible seam between the uniquely addressable display sections when viewing said flat panel display in operation.

**14**. The display of claim **13** wherein the first display section is further comprised of:

6

a first power supply for powering said first section;

a first backlight adapted to provide light to said first section; and

a first graphics processor for sending signals to said first display section; and wherein said second display section is further comprised of:

a second power supply for powering said second section;

a second backlight adapted to provide light to said second section;

and wherein said flat panel display is redundant in that if the first section fails, said second section continues to operate.

**15**. The display of claim **14** wherein said first and second power supplies, said first and second backlights, and said first and second graphics processors are each electrically independent of each other.

*    *    *    *    *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.            : 7,295,179 B2                                     Page 1 of  1
APPLICATION NO.  : 10/355680
DATED                    : November 13, 2007
INVENTOR(S)        : William Dunn

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:


Title page;
At 74, Attorney, Agent, or Firm, please delete "Stanley Law Group LLP", and insert
--Standley Law Group LLP--

In Other Publications page 1, please insert --KRUSIUS et al., Seamless Tiling of
AMLCDs for Large Area Dsplays, Rainbow Displays, Inc. SID 02 Digest, 10/02/2002,
6pp--


Signed and Sealed this

Fifteenth Day of April, 2008


JON W. DUDAS
*Director of the United States Patent and Trademark Office*

EXHIBIT B

(12) **United States Patent**
Dunn et al.

(10) Patent No.: **US 8,704,751 B2**
(45) Date of Patent: **Apr. 22, 2014**

(54) **REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS**

(75) Inventors: **William Dunn**, Alpharetta, GA (US);
**Ken Mahdi**, Alpharetta, GA (US)

(73) Assignee: **American Panel Corporation**,
Alpharetta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 535 days.

(21) Appl. No.: **13/080,354**

(22) Filed: **Apr. 5, 2011**

(65) **Prior Publication Data**

US 2012/0081341 A1      Apr. 5, 2012

**Related U.S. Application Data**

(60) Provisional application No. 61/321,084, filed on Apr. 5, 2010.

(51) **Int. Cl.**
*G09G 3/36*          (2006.01)
(52) **U.S. Cl.**
USPC ......................................... **345/102**; 345/221
(58) **Field of Classification Search**
CPC ........ G09G 3/34; G09G 3/36; G09G 2330/08
USPC ................................. 345/102, 87, 211, 212
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 6,099,145 | A | 8/2000 | Sendova | |
|---|---|---|---|---|
| 7,012,382 | B2 | 3/2006 | Cheang | |
| 7,293,907 | B2 | 11/2007 | Kim | |
| 7,465,079 | B1 | 12/2008 | Cull | |
| 7,502,950 | B1 * | 3/2009 | Brands | 713/300 |
| 2005/0242742 | A1 | 11/2005 | Cheang | |
| 2008/0024480 | A1 * | 1/2008 | Jee et al. | 345/212 |
| 2008/0045275 | A1 * | 2/2008 | Le | |
| 2008/0068293 | A1 * | 3/2008 | Ishii | 345/3.1 |
| 2009/0153464 | A1 * | 6/2009 | Furukawa et al. | 345/102 |
| 2009/0273764 | A1 | 11/2009 | D'alessio | |

* cited by examiner

*Primary Examiner* — Regina Liang
(74) *Attorney, Agent, or Firm* — Standley Law Group LLP

(57)          **ABSTRACT**

A system for powering and controlling an LED-backlit liquid crystal display (LCD) where redundancy is used to provide two independent paths from a pair of power supplies to the LED backlight. Further, two independent paths are also used from a pair of power supplies to the LCD. If any one of the paths were to fail or begin to degrade in performance, the system contains monitoring circuits which can direct another path to be used by the system. Two separate control circuits for the LCD may be used so that either one may be used to control the LCD if one were to fail. Two separate temperature sensors and luminance sensors may also be used to increase the durability of the system.

**15 Claims, 3 Drawing Sheets**





FIGURE 1



FIGURE 2



FIGURE 3

US 8,704,751 B2

1

# REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority to U.S. Application No. 61/321,084 filed on Apr. 5, 2010, herein incorporated by reference in its entirety.

## TECHNICAL FIELD

Disclosed embodiments relate generally to a redundant control system architecture for a liquid crystal display device.

## BACKGROUND OF THE ART

Liquid Crystal Displays (LCDs) contain several layers which work in combination to create a viewable image. A backlight is used to generate the rays of light that pass through what is commonly referred to as the LCD stack, which typically contains several layers that perform either basic or enhanced functions. The most fundamental layer within the LCD stack is the liquid crystal material, which may be actively configured in response to an applied voltage/charge in order to pass or block a certain amount of light which is originating from the backlight. The layer of liquid crystal material is divided into many small regions which are typically referred to as pixels. For full-color displays these pixels are further divided into independently-controllable regions of red, green and blue subpixels, where the red subpixel has a red color filter, blue subpixel has a blue color filter, and green subpixel has a green color filter.

The light which is passing through each subpixel typically originates as "white" (or broadband) light from the backlight, although in general this light is far from being uniform across the visible spectrum. The subpixel color filters allow each subpixel to transmit a certain amount of each color (red, green or blue). When viewed from a distance, the three subpixels appear as one composite pixel and by electrically controlling the amount of light which passes through each subpixel, the composite pixel can produce a very wide range of different colors due to the effective mixing of light from the red, green, and blue subpixels.

Currently, the common and preferable illumination source for LCD backlight assemblies is light emitting diodes (LEDs). Environmental concerns, small space requirements, lower energy consumption, and long lifetime are some of the reasons that the LCD industry is beginning the widespread usage of LEDs for backlights.

LCDs are becoming popular for not only home entertainment purposes, but are now being used as informational/advertising displays in both indoor and outdoor locations. When used for information/advertising purposes, the displays may remain 'on' for extended periods of time and thus would see much more use than a traditional home theatre use. Further, when displays are used in areas where the ambient light level is fairly high (especially outdoors or in aircraft cockpits) the displays must be very bright in order to maintain adequate picture brightness. When used for extended periods of time and/or outdoors, durability of the components can become an issue.

Modern LCD devices have become more sophisticated and now use a plurality of sensors and logic to maintain optimal performance. As is readily apparent, an LCD will not function satisfactorily without an appropriate and properly-functioning control system. The backlight is also essential for proper

2

functioning as the image or data displayed on the liquid crystal layer may only be viewed while the backlight is providing proper illumination to the liquid crystal stack. If the backlight system should fail completely or operate at a less than optimal level, then the LCD will not perform satisfactorily. While this may be a simple inconvenience when LCDs are used for entertainment purposes, when used for information or data displays this can be very costly. For example, LCDs are now being used in aircraft cockpits as well as the instrument panels or display(s) in ground vehicles and marine equipment. In these applications, when there is a failure within the control system, the LCD may no longer display the important information for the vehicle/aircraft and controls may cease to operate. These situations can be undesirable not only to the passengers of the vehicle/aircraft, but also other soldiers/team members who are counting on this part of the mission.

Some control systems have a limited life span, and eventually their performance may suffer. Some systems may quickly fail simply due to a manufacturing defect or may fail due to shock/forces applied to the aircraft or ground vehicle. Currently when this occurs, the entire LCD device must be manually replaced. This is expensive, and is often time consuming. Alternatively, the LCD device could be removed from the display housing, and the degraded or faulty system elements could be manually replaced. This is typically even more costly, and involves extensive manual labor. In currently known units, this also requires virtual complete disassembly of the LCD to gain access to the electronics. This complete disassembly is not only labor intensive, but must be performed in a clean room environment and involves the handling of expensive, delicate, and fragile components that can be easily damager or destroyed, even with the use of expensive specialized tools, equipment, fixtures, and facilities.

Thus, there exists a need for a more durable and dependable control system for an LCD so that failures can be accounted for and vehicles/aircraft can complete a mission and/or return safely to base.

## SUMMARY

Exemplary embodiments provide a power and control system for an LCD device where redundancy is used to create a system that is robust and can continue operations even upon a failure in the control system, power module, sensors, or other electronic assembly within.

Arbiter logic is used to constantly monitor any deviation in operating power supplies or logic control signals. The preferred embodiments provide two independent paths for signals and power to flow to the LCD and LED backlight thereby any failure or deviation in these signals that prevents the display from working properly can be eliminated.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows an electrical block diagram of an embodiment for the overall system architecture of a redundant power/control system.

FIG. 2 shows an electrical block diagram of an embodiment for a redundant LCD power/control system.

FIG. 3 shows an electrical block diagram of an embodiment for a redundant backlight power/control system.

## DETAILED DESCRIPTION

FIG. 1 shows an electrical block diagram of an embodiment for the overall system architecture of a redundant

US 8,704,751 B2

3

power/control system. In this embodiment, there are dual redundant paths of required DC power and associated control signals for the LCD 28 and the LED backlight 18. For the backlight section of this embodiment, two independent power supplies 10 and 11 may provide power to the LED controls and drive circuitry. There may be two independent circuits 15 and 16 for driving and controlling the LEDs. The back-end circuitry and components may provide the control signals and power for the LED drive controls 15 and 16 as well as the power supplies 10 and 11.

For the LCD section of this embodiment, two independent power supplies 20 and 21 may provide power to the LCD controls 28 and drive circuitry 27. There are two independent circuits 25 and 26 for driving and controlling the LCD. The back-end circuitry and components may provide the source controls/power and video data for the LCD drive controls 25 and 26 as well as the power supplies 20 and 21.

The two independent paths for the LED backlight 18 and LCD 28 are multiplexed (see MUX 17 and 27 respectively) to provide one set of inputs to the LEDs 18 and LCD 28. The control signals to the multiplexers 17 and 27 may be provided through Arbiter logic which may be constantly monitoring any deviation in operating power supplies or logic control signals. This scheme provides two independent paths for signals and power to flow to the LCD 28 and LEDs 18 such that any failure or deviation in one path allows the assembly to switch to the alternative path.

It should be noted that the diagram in FIG. 1 is simplified to simply provide an outline of the overall system architecture. Additional details on the LCD controls and the LED backlight controls are provided in FIGS. 2 and 3 respectively.

FIG. 2 shows an electrical block diagram of an embodiment for a redundant LCD power/control system. This embodiment provides two independent paths for video data, controls, and power to the LCD. Two sets of power supplies 100 and 105 may be used to generate the LCD power (for example 3.3V, $V_{DD}$, $V_{GH}$, and $V_{GL}$). The power supplies 100 and 105 are monitored continuously by monitoring circuitry 115 and 120 respectively for any deviation or loss. Arbitration logic may be used to select the appropriate set for the associated LCD drive and gamma control. In addition, there are two sets of LCD control circuits (drive, $V_{com}$, and Gamma generation circuits) 120 and 125 that are monitored continuously. The arbitration logic may be used to select the appropriate set to be channeled to the LCD 135 via the multiplex logic contained within the multiplexer 130. The video data may also be multiplexed and channeled appropriately by a multiplexer 110 prior to being sent to the circuits 120 and 125.

It should be noted that although two separate monitoring circuits 115 and 120 are shown, some embodiments may combine these into a single circuit for monitoring the electrical communication from the power supplies 100 and 105 as well as the communications from the LCD control circuits 120 and 125.

FIG. 3 shows an electrical block diagram of an embodiment for a redundant backlight power/control system. A first power supply 200 is in electrical communication with a power inverter 250 while a second power supply 205 is in electrical communication with a second power inverter 255. Both power inverters 250 and 255 are in electrical communication with monitoring circuitry 210 which continuously analyzes the signals coming from the power inverters 250 and 255 to determine if one or more components have failed or started to malfunction. The monitoring circuitry 210 may determine if the signal has unexpected deviations or stops altogether and may switch from one set of power supply/power inverter/control circuit to the other. This switch can

4

take place in a matter of milliseconds, providing little to no interruption of the display performance.

The controlling signals for the LED backlight are sent to a first control circuit 220 which also accepts input from a first temperature sensor 290 and first luminance sensor 280. Accordingly, the controlling signals for the LED backlight are also sent to a second control circuit 225 which also accepts input from a second temperature sensor 285 and second luminance sensor 295. The output signals from the power inverters 250 and 255 as well as the output signal from the monitoring circuitry 210 may be multiplexed with multiplexer 270, and then sent to the LEDs 260.

It should be noted that in embodiments used for night operations, there may actually be two sets of LEDs (one for daytime and one for nighttime operations). This is certainly not required but this embodiment can be used if both daytime and nighttime LEDs are being used.

It should also be mentioned that although shown as a RGB setup, there are many methods for generating white light for the backlight and any method could be used with the embodiments herein. Some embodiments may use several colored LEDs in any combination to create the color white. Sometimes this may be done with a pair of LEDs consisting of a red-green and a red-blue LED that combine to create white. Some embodiments may only use white LEDs for the backlight.

As shown herein, the overall system architecture shown in FIG. 1 may use the LCD control system shown in FIG. 2 or may use other designs. Similarly, the overall system architecture shown in FIG. 1 may use the backlight control system shown in FIG. 3 or may use other designs. It should also be noted that the voltages shown in the Figures are only for illustration and should not be used to limit the exemplary embodiments to such voltages.

Having shown and described preferred embodiments of the invention, those skilled in the art will realize that many variations and modifications may be made to affect the described embodiments and still be within the scope of the claimed invention. Additionally, many of the elements indicated above may be altered or replaced by different elements which will provide the same result and fall within the spirit of the exemplary embodiments. It is the intention, therefore, to limit the invention only as indicated by the scope of the claims.

What is claimed is:

1. A control and power system for an LED backlight, the system comprising:

a first power supply accepting a power input;

a second power supply accepting a power input;

a first LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies;

a second LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies;

a multiplexer in electrical communication with the first and second LED control circuits and the LED backlight;

a monitoring circuit in electrical communication with the first and second power supply and first and second LED control circuit;

a first luminance sensor in electrical communication with the first LED control circuit; and

a second luminance sensor in electrical communication with the second LED control circuit; and

wherein the monitoring circuit is adapted to analyze the signals from the first and second luminance sensors to determine if the signal has been interrupted.

US 8,704,751 B2

| 5 | 6 |

**2**. The system of claim **1** wherein:

the monitoring circuit is further adapted to analyze the signals from the first and second power supply to determine if the signal has been interrupted.

**3**. The system of claim **1** wherein:

the monitoring circuit is further adapted to instruct the multiplexer as to which LED control circuit signal to send to the LED backlight.

**4**. The system of claim **1** further comprising:

a first temperature sensor in electrical communication with the first LED control circuit; and

a second temperature sensor in electrical communication with the second LED control circuit.

**5**. The system of claim **4** wherein:

the monitoring circuit is adapted to analyze the signals from the first and second temperature sensors to determine if the signal has been interrupted.

**6**. A control and power system for a liquid crystal display (LCD), the system comprising:

a first power supply accepting a power input;

a second power supply accepting a power input;

a first LCD control circuit accepting video data and in electrical communication with the first and second power supplies;

a second LCD control circuit accepting video data and in electrical communication with the first and second power supplies;

a first multiplexer in electrical communication with the first and second LCD control circuits and the LCD; and

a second multiplexer which multiplexes the incoming video data before sending it to the first and second LCD control circuits.

**7**. The system of claim **6** further comprising:

a first monitoring circuit in electrical communication with the first power supply, first LCD control circuit, and the first multiplexer.

**8**. The system of claim **7** further comprising:

a second monitoring circuit in electrical communication with the second power supply, second LCD control circuit, and the first multiplexer.

**9**. The system of claim **8** wherein:

the first and second monitoring circuits are adapted to analyze the electrical signals from the power supplies and control circuits to determine if an electrical communication has been interrupted.

**10**. The system of claim **9** wherein:

the first and second monitoring circuits are further adapted to instruct the first multiplexer as to which power supply and associated control circuit signals to send to the LCD.

**11**. A control and power system for an LED-backlit liquid crystal display (LCD), the system comprising:

a first power supply in electrical communication with a first power inverter;

a second power supply in electrical communication with a second power inverter;

a first LED control circuit accepting backlight control signals and in electrical communication with the first power inverter;

a second LED control circuit accepting backlight control signals and in electrical communication with the second power inverter;

a first multiplexer in electrical communication with the first and second power inverters and the LED backlight;

an LED control and power monitoring circuit in electrical communication with the first and second power inverters and the first multiplexer and adapted to analyze the electrical communications from the first and second power inverters and direct the first multiplexer to send one of the electrical communications to the LED backlight;

a third power supply accepting a power input;

a fourth power supply accepting a power input;

a first LCD monitoring circuit in electrical communication with the third power supply;

a second LCD monitoring circuit in electrical communication with the fourth power supply;

a second multiplexer accepting video data;

a first LCD control circuit in electrical communication with the second multiplexer and first LCD monitoring circuit;

a second LCD control circuit in electrical communication with the second multiplexer and second LCD monitoring circuit; and

a third multiplexer in electrical communication with the first and second LCD control circuits and the first and second LCD monitoring circuits.

**12**. The system of claim **11** wherein:

the first LCD monitoring circuit is adapted to analyze the electrical communications from the third power supply and first LCD control circuit; and

the second LCD monitoring circuit is adapted to analyze the electrical communications from the fourth power supply and second LCD control circuit.

**13**. The system of claim **12** wherein:

the first and second LCD monitoring circuits are further adapted to direct the third multiplexer to communicate either the electrical communication from the first LCD control circuit or second LCD control circuit to the LCD.

**14**. The system of claim **11** further comprising:

a first luminance sensor in electrical communication with the first LED control circuit; and

a second luminance sensor in electrical communication with the second LED control circuit.

**15**. The system of claim **11** further comprising:

a first temperature sensor in electrical communication with the first LED control circuit; and

a second temperature sensor in electrical communication with the second LED control circuit.

* * * * *

EXHIBIT C

(12) **United States Patent**         (10) **Patent No.:**     **US 9,117,417 B2**
Dunn et al.                           (45) **Date of Patent:**    *Aug. 25, 2015

(54) **REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS**

(71) Applicant: **American Panel Corporation**, Alpharetta, GA (US)

(72) Inventors: **William Dunn**, Alpharetta, GA (US); **Ken Mahdi**, Alpharetta, GA (US)

(73) Assignee: **American Panel Corporation**, Alpharetta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/258,347**

(22) Filed: **Apr. 22, 2014**

(65) **Prior Publication Data**

US 2014/0313237 A1    Oct. 23, 2014

**Related U.S. Application Data**

(63) Continuation of application No. 13/080,354, filed on Apr. 5, 2011, now Pat. No. 8,704,751.

(60) Provisional application No. 61/321,084, filed on Apr. 5, 2010.

(51) **Int. Cl.**
*G09G 3/36* (2006.01)
*G09G 3/34* (2006.01)

(52) **U.S. Cl.**
CPC ............ *G09G 3/3648* (2013.01); *G09G 3/3406* (2013.01); *G09G 3/3611* (2013.01); *G09G*

*2320/041* (2013.01); *G09G 2320/08* (2013.01); *G09G 2330/08* (2013.01); *G09G 2360/14* (2013.01)

(58) **Field of Classification Search**
CPC . G09G 3/3406; G09G 3/3413; G09G 3/3611; G09G 3/3648; G09G 2330/02; G09G 2330/021; G09G 2330/028
USPC .................................... 345/87, 102, 211, 212
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,502,950 B1 * | 3/2009 | Brands ........................... | 345/211 |
| 8,704,751 B2 * | 4/2014 | Dunn et al. ................... | 345/102 |
| 2008/0024480 A1 * | 1/2008 | Jee et al. ..................... | 345/212 |
| 2008/0045275 A1 * | 2/2008 | Le ............................... | 455/572 |
| 2008/0068293 A1 * | 3/2008 | Ishii ............................ | 345/3.1 |
| 2009/0153464 A1 * | 6/2009 | Furukawa et al. ............ | 345/102 |

* cited by examiner

*Primary Examiner* — Regina Liang
(74) *Attorney, Agent, or Firm* — Standley Law Group LLP

(57) **ABSTRACT**

A system for powering and controlling an LED-backlit liquid crystal display (LCD) where redundancy is used to provide two independent paths from a pair of power supplies to the LED backlight. Further, two independent paths are also used from a pair of power supplies to the LCD. If any one of the paths were to fail or begin to degrade in performance, the system contains monitoring circuits which can direct another path to be used by the system. Two separate control circuits for the LCD may be used so that either one may be used to control the LCD if one were to fail. Two separate temperature sensors and luminance sensors may also be used to increase the durability of the system.

**20 Claims, 3 Drawing Sheets**





FIGURE 1



FIGURE 2



FIGURE 3

US 9,117,417 B2

1

# REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 13/080,354 filed on Apr. 5, 2011, now U.S. Pat. No. 8,704,751 issued Apr. 22, 2014, which is a non-provisional application of U.S. Application No. 61/321,084 filed on Apr. 5, 2010. All aforementioned applications are hereby incorporated by reference in their entirety as if fully cited herein.

## TECHNICAL FIELD

Disclosed embodiments relate generally to a redundant control system architecture for a liquid crystal display device.

## BACKGROUND OF THE ART

Liquid Crystal Displays (LCDs) contain several layers which work in combination to create a viewable image. A backlight is used to generate the rays of light that pass through what is commonly referred to as the LCD stack, which typically contains several layers that perform either basic or enhanced functions. The most fundamental layer within the LCD stack is the liquid crystal material, which may be actively configured in response to an applied voltage/charge in order to pass or block a certain amount of light which is originating from the backlight. The layer of liquid crystal material is divided into many small regions which are typically referred to as pixels. For full-color displays these pixels are further divided into independently-controllable regions of red, green and blue subpixels, where the red subpixel has a red color filter, blue subpixel has a blue color filter, and green subpixel has a green color filter.

The light which is passing through each subpixel typically originates as "white" (or broadband) light from the backlight, although in general this light is far from being uniform across the visible spectrum. The subpixel color filters allow each subpixel to transmit a certain amount of each color (red, green or blue). When viewed from a distance, the three subpixels appear as one composite pixel and by electrically controlling the amount of light which passes through each subpixel, the composite pixel can produce a very wide range of different colors due to the effective mixing of light from the red, green, and blue subpixels.

Currently, the common and preferable illumination source for LCD backlight assemblies is light emitting diodes (LEDs). Environmental concerns, small space requirements, lower energy consumption, and long lifetime are some of the reasons that the LCD industry is beginning the widespread usage of LEDs for backlights.

LCDs are becoming popular for not only home entertainment purposes, but are now being used as informational/advertising displays in both indoor and outdoor locations. When used for information/advertising purposes, the displays may remain 'on' for extended periods of time and thus would see much more use than a traditional home theatre use. Further, when displays are used in areas where the ambient light level is fairly high (especially outdoors or in aircraft cockpits) the displays must be very bright in order to maintain adequate picture brightness. When used for extended periods of time and/or outdoors, durability of the components can become an issue.

Modern LCD devices have become more sophisticated and now use a plurality of sensors and logic to maintain optimal performance. As is readily apparent, an LCD will not function satisfactorily without an appropriate and properly-functioning control system. The backlight is also essential for proper functioning as the image or data displayed on the liquid crystal layer may only be viewed while the backlight is providing proper illumination to the liquid crystal stack. If the backlight system should fail completely or operate at a less than optimal level, then the LCD will not perform satisfactorily. While this may be a simple inconvenience when LCDs are used for entertainment purposes, when used for information or data displays this can be very costly. For example, LCDs are now being used in aircraft cockpits as well as the instrument panels or display(s) in ground vehicles and marine equipment. In these applications, when there is a failure within the control system, the LCD may no longer display the important information for the vehicle/aircraft and controls may cease to operate. These situations can be undesirable not only to the passengers of the vehicle/aircraft, but also other soldiers/team members who are counting on this part of the mission.

Some control systems have a limited life span, and eventually their performance may suffer. Some systems may quickly fail simply due to a manufacturing defect or may fail due to shock/forces applied to the aircraft or ground vehicle. Currently when this occurs, the entire LCD device must be manually replaced. This is expensive, and is often time consuming. Alternatively, the LCD device could be removed from the display housing, and the degraded or faulty system elements could be manually replaced. This is typically even more costly, and involves extensive manual labor. In currently known units, this also requires virtual complete disassembly of the LCD to gain access to the electronics. This complete disassembly is not only labor intensive, but must be performed in a clean room environment and involves the handling of expensive, delicate, and fragile components that can be easily damager or destroyed, even with the use of expensive specialized tools, equipment , fixtures, and facilities.

Thus, there exists a need for a more durable and dependable control system for an LCD so that failures can be accounted for and vehicles/aircraft can complete a mission and/or return safely to base.

## SUMMARY

Exemplary embodiments provide a power and control system for an LCD device where redundancy is used to create a system that is robust and can continue operations even upon a failure in the control system, power module, sensors, or other electronic assembly within.

Arbiter logic is used to constantly monitor any deviation in operating power supplies or logic control signals. The preferred embodiments provide two independent paths for signals and power to flow to the LCD and LED backlight thereby any failure or deviation in these signals that prevents the display from working properly can be eliminated.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows an electrical block diagram of an embodiment for the overall system architecture of a redundant power/control system.

FIG. 2 shows an electrical block diagram of an embodiment for a redundant LCD power/control system.

FIG. 3 shows an electrical block diagram of an embodiment for a redundant backlight power/control system.

## DETAILED DESCRIPTION

FIG. 1 shows an electrical block diagram of an embodiment for the overall system architecture of a redundant

3

power/control system. In this embodiment, there are dual redundant paths of required DC power and associated control signals for the LCD **28** and the LED backlight **18**. For the backlight section of this embodiment, two independent power supplies **10** and **11** may provide power to the LED controls and drive circuitry. There may be two independent circuits **15** and **16** for driving and controlling the LEDs. The back-end circuitry and components may provide the control signals and power for the LED drive controls **15** and **16** as well as the power supplies **10** and **11**.

For the LCD section of this embodiment, two independent power supplies **20** and **21** may provide power to the LCD controls **28** and drive circuitry **27**. There are two independent circuits **25** and **26** for driving and controlling the LCD. The back-end circuitry and components may provide the source controls/power and video data for the LCD drive controls **25** and **26** as well as the power supplies **20** and **21**.

The two independent paths for the LED backlight **18** and LCD **28** are multiplexed (see MUX **17** and **27** respectively) to provide one set of inputs to the LEDs **18** and LCD **28**. The control signals to the multiplexers **17** and **27** may be provided through Arbiter logic which may be constantly monitoring any deviation in operating power supplies or logic control signals. This scheme provides two independent paths for signals and power to flow to the LCD **28** and LEDs **18** such that any failure or deviation in one path allows the assembly to switch to the alternative path.

It should be noted that the diagram in FIG. **1** is simplified to simply provide an outline of the overall system architecture. Additional details on the LCD controls and the LED back-light controls are provided in FIGS. **2** and **3** respectively.

FIG. **2** shows an electrical block diagram of an embodiment for a redundant LCD power/control system. This embodiment provides two independent paths for video data, controls, and power to the LCD. Two sets of power supplies **100** and **105** may be used to generate the LCD power (for example 3.3V, $V_{DD}$, $V_{GH}$, and $V_{GL}$). The power supplies **100** and **105** are monitored continuously by monitoring circuitry **115** and **120** respectively for any deviation or loss. Arbitration logic may be used to select the appropriate set for the associated LCD drive and gamma control. In addition, there are two sets of LCD control circuits (drive, $V_{com}$, and Gamma generation circuits) **120** and **125** that are monitored continuously. The arbitration logic may be used to select the appropriate set to be channeled to the LCD **135** via the multiplex logic contained within the multiplexer **130**. The video data may also be multiplexed and channeled appropriately by a multiplexer **110** prior to being sent to the circuits **120** and **125**.

It should be noted that although two separate monitoring circuits **115** and **120** are shown, some embodiments may combine these into a single circuit for monitoring the electrical communication from the power supplies **100** and **105** as well as the communications from the LCD control circuits **120** and **125**.

FIG. **3** shows an electrical block diagram of an embodiment for a redundant backlight power/control system. A first power supply **200** is in electrical communication with a power inverter **250** while a second power supply **205** is in electrical communication with a second power inverter **255**. Both power inverters **250** and **255** are in electrical communication with monitoring circuitry **210** which continuously analyzes the signals coming from the power inverters **250** and **255** to determine if one or more components have failed or started to malfunction. The monitoring circuitry **210** may determine if the signal has unexpected deviations or stops altogether and may switch from one set of power supply/power inverter/control circuit to the other. This switch can

4

take place in a matter of milliseconds, providing little to no interruption of the display performance.

The controlling signals for the LED backlight are sent to a first control circuit **220** which also accepts input from a first temperature sensor **290** and first luminance sensor **280**. Accordingly, the controlling signals for the LED backlight are also sent to a second control circuit **225** which also accepts input from a second temperature sensor **285** and second luminance sensor **295**. The output signals from the power inverters **250** and **255** as well as the output signal from the monitoring circuitry **210** may be multiplexed with multiplexer **270**, and then sent to the LEDs **260**.

It should be noted that in embodiments used for night operations, there may actually be two sets of LEDs (one for daytime and one for nighttime operations). This is certainly not required but this embodiment can be used if both daytime and nighttime LEDs are being used.

It should also be mentioned that although shown as a RGB setup, there are many methods for generating white light for the backlight and any method could be used with the embodiments herein. Some embodiments may use several colored LEDs in any combination to create the color white. Sometimes this may be done with a pair of LEDs consisting of a red-green and a red-blue LED that combine to create white. Some embodiments may only use white LEDs for the backlight.

As shown herein, the overall system architecture shown in FIG. **1** may use the LCD control system shown in FIG. **2** or may use other designs. Similarly, the overall system architecture shown in FIG. **1** may use the backlight control system shown in FIG. **3** or may use other designs. It should also be noted that the voltages shown in the Figures are only for illustration and should not be used to limit the exemplary embodiments to such voltages.

Having shown and described preferred embodiments of the invention, those skilled in the art will realize that many variations and modifications may be made to affect the described embodiments and still be within the scope of the claimed invention. Additionally, many of the elements indicated above may be altered or replaced by different elements which will provide the same result and fall within the spirit of the exemplary embodiments. It is the intention, therefore, to limit the invention only as indicated by the scope of the claims.

What is claimed is:

1. A control and power system for an LED backlight, the system comprising:
   a first power supply accepting a power input;
   a second power supply accepting a power input;
   a first LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies;
   a second LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies; and
   a multiplexer in electrical communication with each one of the following: the first and second LED control circuits and the LED backlight.

2. The system of claim **1** further comprising:
   a monitoring circuit in electrical communication with the first and second power supply and first and second LED control circuit.

3. The system of claim **2** wherein:
   the monitoring circuit is adapted to analyze the signals from the first and second power supply to determine if the signal has been interrupted.

US 9,117,417 B2

5

**4**. The system of claim **2** wherein:

the monitoring circuit is adapted to instruct the multiplexer as to which LED control circuit signal to send to the LED backlight.

**5**. The system of claim **2** further comprising:

a first luminance sensor in electrical communication with the first LED control circuit; and

a second luminance sensor in electrical communication with the second LED control circuit.

**6**. The system of claim **5** wherein:

the monitoring circuit is adapted to analyze the signals from the first and second luminance sensors to determine if the signal has been interrupted.

**7**. The system of claim **6** further comprising:

a first temperature sensor in electrical communication with the first LED control circuit; and

a second temperature sensor in electrical communication with the second LED control circuit.

**8**. The system of claim **7** wherein:

the monitoring circuit is adapted to analyze the signals from the first and second temperature sensors to determine if the signal has been interrupted.

**9**. A control and power system for a liquid crystal display (LCD), the system comprising:

a first power supply accepting a power input;

a second power supply accepting a power input;

a first LCD control circuit accepting video data and in electrical communication with the first and second power supplies;

a second LCD control circuit accepting video data and in electrical communication with the first and second power supplies; and

a first multiplexer in electrical communication with each one of the following: the first and second LCD control circuits and the LCD.

**10**. The system of claim **9** further comprising:

a second multiplexer which multiplexes the incoming video data before sending it to the first and second LCD control circuits.

**11**. The system of claim **10** further comprising:

a first monitoring circuit in electrical communication with the first power supply, first LCD control circuit, and the first multiplexer.

**12**. The system of claim **11** further comprising:

a second monitoring circuit in electrical communication with the second power supply, second LCD control circuit, and the first multiplexer.

**13**. The system of claim **12** wherein:

the first and second monitoring circuits are adapted to analyze the electrical signals from the power supplies and control circuits to determine if an electrical communication has been interrupted.

**14**. The system of claim **13** wherein:

the first and second monitoring circuits are further adapted to instruct the first multiplexer as to which power supply and associated control circuit signals to send to the LCD.

**15**. A control and power system for an LED-backlit liquid crystal display (LCD),the system comprising:

a first power supply in electrical communication with a first power inverter;

6

a second power supply in electrical communication with a second power inverter;

a first LED control circuit accepting backlight control signals and in electrical communication with the first power inverter;

a second LED control circuit accepting backlight control signals and in electrical communication with the second power inverter;

a first multiplexer in electrical communication with each one of the following: the first and second power inverters and the LED backlight;

an LED control and power monitoring circuit in electrical communication with the first and second power inverters and the first multiplexer and adapted to analyze the electrical communications from the first and second power inverters and direct the first multiplexer to send one of the electrical communications to the LED backlight.

**16**. The system of claim **15** further comprising:

a third power supply accepting a power input;

a fourth power supply accepting a power input;

a first LCD monitoring circuit in electrical communication with the third power supply;

a second LCD monitoring circuit in electrical communication with the fourth power supply;

a second multiplexer accepting video data;

a first LCD control circuit in electrical communication with the second multiplexer and first LCD monitoring circuit;

a second LCD control circuit in electrical communication with the second multiplexer and second LCD monitoring circuit; and

a third multiplexer in electrical communication with each one of the following: the first and second LCD control circuits and the first and second LCD monitoring circuits.

**17**. The system of claim **16** wherein:

the first LCD monitoring circuit is adapted to analyze the electrical communications from the third power supply and first LCD control circuit; and

the second LCD monitoring circuit is adapted to analyze the electrical communications from the fourth power supply and second LCD control circuit.

**18**. The system of claim **17** wherein:

the first and second LCD monitoring circuits are further adapted to direct the third multiplexer to communicate either the electrical communication from the first LCD control circuit or second LCD control circuit to the LCD.

**19**. The system of claim **15** further comprising:

a first luminance sensor in electrical communication with the first LED control circuit; and

a second luminance sensor in electrical communication with the second LED control circuit.

**20**. The system of claim **15** further comprising:

a first temperature sensor in electrical communication with the first LED control circuit; and

a second temperature sensor in electrical communication with the second LED control circuit.

* * * * *

EXHIBIT D

US009666148B2

(12) **United States Patent**
Dunn et al.

(10) Patent No.: **US 9,666,148 B2**
(45) Date of Patent: *****May 30, 2017**

(54) **REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS**

(71) Applicant: **American Panel Corporation**, Alpharetta, GA (US)

(72) Inventors: **William Dunn**, Alpharetta, GA (US); **Ken Mahdi**, Alpharetta, GA (US)

(73) Assignee: **American Panel Corporation**, Alpharetta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 49 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/833,786**

(22) Filed: **Aug. 24, 2015**

(65) **Prior Publication Data**

US 2015/0364100 A1     Dec. 17, 2015

**Related U.S. Application Data**

(63) Continuation of application No. 14/258,347, filed on Apr. 22, 2014, now Pat. No. 9,117,417, which is a continuation of application No. 13/080,354, filed on Apr. 5, 2011, now Pat. No. 8,704,751.

(60) Provisional application No. 61/321,084, filed on Apr. 5, 2010.

(51) **Int. Cl.**
G09G 3/36     (2006.01)
G09G 3/34     (2006.01)

(52) **U.S. Cl.**
CPC ......... *G09G 3/3611* (2013.01); *G09G 3/3406* (2013.01); *G09G 3/3607* (2013.01); *G09G 3/3648* (2013.01); *G09G 2310/0237* (2013.01);

*G09G 2320/041* (2013.01); *G09G 2320/08* (2013.01); *G09G 2330/08* (2013.01); *G09G 2360/14* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,099,145 A | 8/2000 | Sendova et al. | |
| 7,012,382 B2 | 3/2006 | Cheang et al. | |
| 7,293,907 B2 | 11/2007 | Kim et al. | |
| 7,465,079 B1 | 12/2008 | Cull et al. | |
| 7,502,950 B1 * | 3/2009 | Brands ............... | G06F 3/1446 |
| | | | 323/234 |
| 8,704,751 B2 | 4/2014 | Dunn et al. | |
| 9,117,417 B2 * | 8/2015 | Dunn ............... | G09G 3/3406 |
| 2005/0242742 A1 | 11/2005 | Cheang et al. | |

(Continued)

*Primary Examiner* — Kenneth B Lee, Jr.

(74) *Attorney, Agent, or Firm* — Standley Law Group LLP

(57) **ABSTRACT**

A system for powering and controlling an LED-backlit liquid crystal display (LCD) where redundancy is used to provide two independent paths from a pair of power supplies to the LED backlight. Further, two independent paths are also used from a pair of power supplies to the LCD. If any one of the paths were to fail or begin to degrade in performance, the system contains monitoring circuits which can direct another path to be used by the system. Two separate control circuits for the LCD may be used so that either one may be used to control the LCD if one were to fail. Two separate temperature sensors and luminance sensors may also be used to increase the durability of the system.

**20 Claims, 3 Drawing Sheets**



**US 9,666,148 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2008/0024480 A1* | 1/2008 | Jee ........................ | G06F 1/3203 |
| | | | 345/212 |
| 2008/0045275 A1* | 2/2008 | Le .......................... | G06F 1/263 |
| | | | 455/572 |
| 2008/0068293 A1* | 3/2008 | Ishii ....................... | G09G 3/20 |
| | | | 345/3.1 |
| 2009/0153464 A1* | 6/2009 | Furukawa ......... | G02F 1/133603 |
| | | | 345/102 |
| 2009/0273764 A1 | 11/2009 | D'Alessio et al. | |

* cited by examiner

**U.S. Patent**      May 30, 2017      Sheet 1 of 3      US 9,666,148 B2



FIGURE 1



FIGURE 2



FIGURE 3

US 9,666,148 B2

1

# REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/258,347, filed on Apr. 22, 2014, now U.S. Pat. No. 9,117,417 issued Aug. 25, 2015, which is a continuation of U.S. application Ser. No. 13/080,354 filed on Apr. 5, 2011, now U.S. Pat. No. 8,704,751 issued Apr. 22, 2014, which is a non-provisional application of U.S. Application No. 61/321,084 filed on Apr. 5, 2010. All aforementioned applications are hereby incorporated by reference in their entirety as if fully cited herein.

## TECHNICAL FIELD

Disclosed embodiments relate generally to a redundant control system architecture for a liquid crystal display device.

## BACKGROUND ART

Liquid Crystal Displays (LCDs) contain several layers which work in combination to create a viewable image. A backlight is used to generate the rays of light that pass through what is commonly referred to as the LCD stack, which typically contains several layers that perform either basic or enhanced functions. The most fundamental layer within the LCD stack is the liquid crystal material, which may be actively configured in response to an applied voltage/charge in order to pass or block a certain amount of light which is originating from the backlight. The layer of liquid crystal material is divided into many small regions which are typically referred to as pixels. For full-color displays these pixels are further divided into independently-controllable regions of red, green and blue subpixels, where the red subpixel has a red color filter, blue subpixel has a blue color filter, and green subpixel has a green color filter.

The light which is passing through each subpixel typically originates as "white" (or broadband) light from the backlight, although in general this light is far from being uniform across the visible spectrum. The subpixel color filters allow each subpixel to transmit a certain amount of each color (red, green or blue). When viewed from a distance, the three subpixels appear as one composite pixel and by electrically controlling the amount of light which passes through each subpixel, the composite pixel can produce a very wide range of different colors due to the effective mixing of light from the red, green, and blue subpixels.

Currently, the common and preferable illumination source for LCD backlight assemblies is light emitting diodes (LEDs). Environmental concerns, small space requirements, lower energy consumption, and long lifetime are some of the reasons that the LCD industry is beginning the widespread usage of LEDs for backlights.

LCDs are becoming popular for not only home entertainment purposes, but are now being used as informational/advertising displays in both indoor and outdoor locations. When used for information/advertising purposes, the displays may remain 'on' for extended periods of time and thus would see much more use than a traditional home theatre use. Further, when displays are used in areas where the ambient light level is fairly high (especially outdoors or in aircraft cockpits) the displays must be very bright in order to maintain adequate picture brightness. When used for

2

extended periods of time and/or outdoors, durability of the components can become an issue.

Modern LCD devices have become more sophisticated and now use a plurality of sensors and logic to maintain optimal performance. As is readily apparent, an LCD will not function satisfactorily without an appropriate and properly-functioning control system. The backlight is also essential for proper functioning as the image or data displayed on the liquid crystal layer may only be viewed while the backlight is providing proper illumination to the liquid crystal stack. If the backlight system should fail completely or operate at a less than optimal level, then the LCD will not perform satisfactorily. While this may be a simple inconvenience when LCDs are used for entertainment purposes, when used for information or data displays this can be very costly. For example, LCDs are now being used in aircraft cockpits as well as the instrument panels or display(s) in ground vehicles and marine equipment. In these applications, when there is a failure within the control system, the LCD may no longer display the important information for the vehicle/aircraft and controls may cease to operate. These situations can be undesirable not only to the passengers of the vehicle/aircraft, but also other soldiers/team members who are counting on this part of the mission.

Some control systems have a limited life span, and eventually their performance may suffer. Some systems may quickly fail simply due to a manufacturing defect or may fail due to shock/forces applied to the aircraft or ground vehicle. Currently when this occurs, the entire LCD device must be manually replaced. This is expensive, and is often time consuming. Alternatively, the LCD device could be removed from the display housing, and the degraded or faulty system elements could be manually replaced. This is typically even more costly, and involves extensive manual labor. In currently known units, this also requires virtual complete disassembly of the LCD to gain access to the electronics. This complete disassembly is not only labor intensive, but must be performed in a clean room environment and involves the handling of expensive, delicate, and fragile components that can be easily damager or destroyed, even with the use of expensive specialized tools, equipment, fixtures, and facilities.

Thus, there exists a need for a more durable and dependable control system for an LCD so that failures can be accounted for and vehicles/aircraft can complete a mission and/or return safely to base.

## SUMMARY

Exemplary embodiments provide a power and control system for an LCD device where redundancy is used to create a system that is robust and can continue operations even upon a failure in the control system, power module, sensors, or other electronic assembly within.

Arbiter logic is used to constantly monitor any deviation in operating power supplies or logic control signals. The preferred embodiments provide two independent paths for signals and power to flow to the LCD and LED backlight thereby any failure or deviation in these signals that prevents the display from working properly can be eliminated.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1 shows an electrical block diagram of an embodiment for the overall system architecture of a redundant power/control system.

3

FIG. **2** shows an electrical block diagram of an embodiment for a redundant LCD power/control system.

FIG. **3** shows an electrical block diagram of an embodiment for a redundant backlight power/control system.

## DETAILED DESCRIPTION

FIG. **1** shows an electrical block diagram of an embodiment for the overall system architecture of a redundant power/control system. In this embodiment, there are dual redundant paths of required DC power and associated control signals for the LCD **28** and the LED backlight **18**. For the backlight section of this embodiment, two independent power supplies **10** and **11** may provide power to the LED controls and drive circuitry. There may be two independent circuits **15** and **16** for driving and controlling the LEDs. The back-end circuitry and components may provide the control signals and power for the LED drive controls **15** and **16** as well as the power supplies **10** and **11**.

For the LCD section of this embodiment, two independent power supplies **20** and **21** may provide power to the LCD controls **28** and drive circuitry **27**. There are two independent circuits **25** and **26** for driving and controlling the LCD. The back-end circuitry and components may provide the source controls/power and video data for the LCD drive controls **25** and **26** as well as the power supplies **20** and **21**.

The two independent paths for the LED backlight **18** and LCD **28** are multiplexed (see MUX **17** and **27** respectively) to provide one set of inputs to the LEDs **18** and LCD **28**. The control signals to the multiplexers **17** and **27** may be provided through Arbiter logic which may be constantly monitoring any deviation in operating power supplies or logic control signals. This scheme provides two independent paths for signals and power to flow to the LCD **28** and LEDs **18** such that any failure or deviation in one path allows the assembly to switch to the alternative path.

It should be noted that the diagram in FIG. **1** is simplified to simply provide an outline of the overall system architecture. Additional details on the LCD controls and the LED backlight controls are provided in FIGS. **2** and **3** respectively.

FIG. **2** shows an electrical block diagram of an embodiment for a redundant LCD power/control system. This embodiment provides two independent paths for video data, controls, and power to the LCD. Two sets of power supplies **100** and **105** may be used to generate the LCD power (for example 3.3V, $V_{DD}$, $V_{GH}$, and $V_{GL}$). The power supplies **100** and **105** are monitored continuously by monitoring circuitry **115** and **120** respectively for any deviation or loss. Arbitration logic may be used to select the appropriate set for the associated LCD drive and gamma control. In addition, there are two sets of LCD control circuits (drive, $V_{com}$, and Gamma generation circuits) **120** and **125** that are monitored continuously. The arbitration logic may be used to select the appropriate set to be channeled to the LCD **135** via the multiplex logic contained within the multiplexer **130**. The video data may also be multiplexed and channeled appropriately by a multiplexer **110** prior to being sent to the circuits **120** and **125**.

It should be noted that although two separate monitoring circuits **115** and **120** are shown, some embodiments may combine these into a single circuit for monitoring the electrical communication from the power supplies **100** and **105** as well as the communications from the LCD control circuits **120** and **125**.

FIG. **3** shows an electrical block diagram of an embodiment for a redundant backlight power/control system. A first

4

power supply **200** is in electrical communication with a power inverter **250** while a second power supply **205** is in electrical communication with a second power inverter **255**. Both power inverters **250** and **255** are in electrical communication with monitoring circuitry **210** which continuously analyzes the signals coming from the power inverters **250** and **255** to determine if one or more components have failed or started to malfunction. The monitoring circuitry **210** may determine if the signal has unexpected deviations or stops altogether and may switch from one set of power supply/ power inverter/control circuit to the other. This switch can take place in a matter of milliseconds, providing little to no interruption of the display performance.

The controlling signals for the LED backlight are sent to a first control circuit **220** which also accepts input from a first temperature sensor **290** and first luminance sensor **280**. Accordingly, the controlling signals for the LED backlight are also sent to a second control circuit **225** which also accepts input from a second temperature sensor **285** and second luminance sensor **295**. The output signals from the power inverters **250** and **255** as well as the output signal from the monitoring circuitry **210** may be multiplexed with multiplexer **270**, and then sent to the LEDs **260**.

It should be noted that in embodiments used for night operations, there may actually be two sets of LEDs (one for daytime and one for nighttime operations). This is certainly not required but this embodiment can be used if both daytime and nighttime LEDs are being used.

It should also be mentioned that although shown as a RGB setup, there are many methods for generating white light for the backlight and any method could be used with the embodiments herein. Some embodiments may use several colored LEDs in any combination to create the color white. Sometimes this may be done with a pair of LEDs consisting of a red-green and a red-blue LED that combine to create white. Some embodiments may only use white LEDs for the backlight.

As shown herein, the overall system architecture shown in FIG. **1** may use the LCD control system shown in FIG. **2** or may use other designs. Similarly, the overall system architecture shown in FIG. **1** may use the backlight control system shown in FIG. **3** or may use other designs. It should also be noted that the voltages shown in the Figures are only for illustration and should not be used to limit the exemplary embodiments to such voltages.

Having shown and described preferred embodiments of the invention, those skilled in the art will realize that many variations and modifications may be made to affect the described embodiments and still be within the scope of the claimed invention. Additionally, many of the elements indicated above may be altered or replaced by different elements which will provide the same result and fall within the spirit of the exemplary embodiments. It is the intention, therefore, to limit the invention only as indicated by the scope of the claims.

What is claimed is:

**1**. An electronic display assembly comprising:
a first power supply;
a second power supply;
an LED backlight;
a first LED control circuit accepting backlight control signals and in electrical connection with the first and second power supplies;
a second LED control circuit accepting backlight control signals and in electrical connection with the first and second power supplies;

5

a multiplexer in electrical connection with the first and second LED control circuits and the LED backlight; and

a liquid crystal display (LCD) positioned in front of the LED backlight;

wherein the multiplexer is configured to receive an input from each of the first and second LED control circuits and provide a single output to the LED backlight.

**2.** The display assembly of claim **1** further comprising:

a monitoring circuit in electrical connection with the first and second power supply and first and second LED control circuit.

**3.** The display assembly of claim **2** wherein:

the monitoring circuit is adapted to analyze the signals from the first and second power supply to determine if the signal has been interrupted.

**4.** The display assembly of claim **2** wherein:

the monitoring circuit is adapted to instruct the multiplexer as to which LED control circuit signal to send to the LED backlight.

**5.** The display assembly of claim **2** further comprising:

a first luminance sensor in electrical connection with the first LED control circuit; and

a second luminance sensor in electrical connection with the second LED control circuit.

**6.** The display assembly of claim **5** wherein:

the monitoring circuit is adapted to analyze the signals from the first and second luminance sensors to determine if the signal has been interrupted.

**7.** The display assembly of claim **6** further comprising:

a first temperature sensor in electrical connection with the first LED control circuit; and

a second temperature sensor in electrical connection with the second LED control circuit.

**8.** The display assembly of claim **7** wherein:

the monitoring circuit is adapted to analyze the signals from the first and second temperature sensors to determine if the signal has been interrupted.

**9.** An electronic display assembly comprising:

a first power supply;

a second power supply;

a liquid crystal display (LCD);

a first LCD control circuit in electrical connection with the first and second power supplies;

a second LCD control circuit in electrical connection with the first and second power supplies; and

a first multiplexer in electrical connection with the first and second LCD control circuits and the LCD, wherein the first multiplexer is configured to receive input signals from each of the first and second LCD control circuits and provide a single input signal to the LCD.

**10.** The display assembly of claim **9** further comprising:

a second multiplexer which multiplexes the incoming video data before sending it to the first and second LCD control circuits.

**11.** The display assembly of claim **10** further comprising:

a first monitoring circuit in electrical connection with the first power supply, first LCD control circuit, and the first multiplexer.

**12.** The display assembly of claim **11** further comprising:

a second monitoring circuit in electrical connection with the second power supply, second LCD control circuit, and the first multiplexer.

6

**13.** The display assembly of claim **12** wherein:

the first and second monitoring circuits are adapted to analyze the electrical signals from the power supplies and control circuits to determine if an electrical connection has been interrupted.

**14.** The display assembly of claim **13** wherein:

the first and second monitoring circuits are further adapted to instruct the first multiplexer as to which power supply and associated control circuit signals to send to the LCD.

**15.** An electronic display assembly comprising:

a first power supply;

a second power supply;

an LED backlight;

a first LED control circuit in electrical connection with the first and second power supplies;

a second LED control circuit in electrical connection with the first and second power supplies;

a multiplexer for multiplexing input signals received from the first and second LED control circuits and providing a single output signal to the LED backlight;

a liquid crystal display (LCD) positioned in front of the LED backlight;

a third power supply;

a fourth power supply;

a first LCD control circuit in electrical connection with the third and fourth power supplies;

a second LCD control circuit in electrical connection with the third and fourth power supplies; and

a first multiplexer for multiplexing input signals received from the first and second LCD control circuits and providing a single output signal to the LCD.

**16.** The system of claim **15** further comprising:

a second multiplexer accepting video data and in electrical connection with the first and second LCD control circuits.

**17.** The system of claim **16** further comprising:

a first LCD monitoring circuit which analyzes the electrical connections from the third power supply and first LCD control circuit; and

a second LCD monitoring circuit which analyzes the electrical connections from the fourth power supply and second LCD control circuit.

**18.** The system of claim **17** wherein:

the first and second LCD monitoring circuits are further adapted to direct a third multiplexer to communicate either the electrical connection from the first LCD control circuit or second LCD control circuit to the LCD.

**19.** The system of claim **15** further comprising:

a first luminance sensor in electrical connection with the first LED control circuit; and

a second luminance sensor in electrical connection with the second LED control circuit.

**20.** The system of claim **15** further comprising:

a first temperature sensor in electrical connection with the first LED control circuit; and

a second temperature sensor in electrical connection with the second LED control circuit.

* * * * *

EXHIBIT E

(12) **United States Patent**
Dunn et al.

(10) Patent No.: **US 9,997,118 B2**
(45) Date of Patent: **Jun. 12, 2018**

(54) **REDUNDANT POWER/CONTROL SYSTEM FOR ELECTRONIC DISPLAYS**

(71) Applicant: **American Panel Corporation**, Alpharetta, GA (US)

(72) Inventors: **William Dunn**, Alpharetta, GA (US); **Ken Mahdi**, Alpharetta, GA (US)

(73) Assignee: **American Panel Corporation**, Alpharetta, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. days.

(21) Appl. No.: **15/599,618**

(22) Filed: **May 19, 2017**

(65) **Prior Publication Data**

US 2017/0256212 A1     Sep. 7, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 14/833,786, filed on Aug. 24, 2015, now Pat. No. 9,666,148, which is a continuation of application No. 14/258,347, filed on Apr. 22, 2014, now Pat. No. 9,117,417, which is a continuation of application No. 13/080,354, filed on Apr. 5, 2011, now Pat. No. 8,704,751.

(60) Provisional application No. 61/321,084, filed on Apr. 5, 2010.

(51) **Int. Cl.**
$G09G\ 3/36$     (2006.01)
$G09G\ 3/34$     (2006.01)

(52) **U.S. Cl.**
CPC ......... *G09G 3/3611* (2013.01); *G09G 3/3406* (2013.01); *G09G 3/3607* (2013.01); *G09G 3/3648* (2013.01); *G09G 2310/0237* (2013.01);

*G09G 2320/041* (2013.01); *G09G 2320/08* (2013.01); *G09G 2330/08* (2013.01); *G09G 2360/14* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,099,145 A | 8/2000 | Sendova et al. | |
| 7,012,382 B2 | 3/2006 | Cheang et al. | |
| 7,293,907 B2 | 11/2007 | Kim et al. | |
| 7,465,079 B1 | 12/2008 | Cull et al. | |
| 7,502,950 B1 * | 3/2009 | Brands .................. | G06F 3/1446 323/234 |
| 8,704,751 B2 | 4/2014 | Dunn et al. | |
| 9,117,417 B2 | 8/2015 | Dunn et al. | |
| 9,666,148 B2 | 5/2017 | Dunn et al. | |
| 2005/0242742 A1 | 11/2005 | Cheang et al. | |

(Continued)

*Primary Examiner* — Kenneth B Lee, Jr.

(74) *Attorney, Agent, or Firm* — Standley Law Group LLP

(57) **ABSTRACT**

A system for powering and controlling a backlit electronic display where redundancy is used to provide two independent paths from a pair of power sources to the backlight. Further, two independent paths are also used from a pair of power sources to the electronic display. If any one of the paths were to fail or begin to degrade in performance, the system contains monitoring devices which can direct another path to be used by the system. Two separate control circuits for the electronic may be used so that either one may be used to control the electronic display if one were to fail. Two separate temperature sensors and luminance sensors may also be used to increase the durability of the system.

**20 Claims, 3 Drawing Sheets**



**US 9,997,118 B2**

Page 2

(56)                      **References Cited**

U.S. PATENT DOCUMENTS

2008/0024480 A1 *   1/2008   Jee ........................ G06F 1/3203
                                                     345/212
2008/0045275 A1 *   2/2008   Le .......................... G06F 1/263
                                                     455/572
2008/0068293 A1     3/2008   Ishii
2009/0153464 A1     6/2009   Furukawa et al.
2009/0273764 A1    11/2009   D'Alessio et al.

* cited by examiner



FIGURE 1



FIGURE 2



FIGURE 3

US 9,997,118 B2

1

# REDUNDANT POWER/CONTROL SYSTEM FOR ELECTRONIC DISPLAYS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. application Ser. No. 14/833,786 filed on Aug. 24, 2015, which is a continuation of U.S. application Ser. No. 14/258,347, filed on Apr. 22, 2014, now U.S. Pat. No. 9,117,417 issued Aug. 25, 2015, which is a continuation of U.S. application Ser. No. 13/080, 354 filed on Apr. 5, 2011, now U.S. Pat. No. 8,704,751 issued Apr. 22, 2014, which is a non-provisional application of U.S. application Ser. No. 61/321,084 filed on Apr. 5, 2010. All aforementioned applications are hereby incorporated by reference in their entirety as if fully cited herein.

## TECHNICAL FIELD

Disclosed embodiments relate generally to a redundant control system architecture for a liquid crystal display device.

## BACKGROUND OF THE ART

Liquid Crystal Displays (LCDs) contain several layers which work in combination to create a viewable image. A backlight is used to generate the rays of light that pass through what is commonly referred to as the LCD stack, which typically contains several layers that perform either basic or enhanced functions. The most fundamental layer within the LCD stack is the liquid crystal material, which may be actively configured in response to an applied voltage/charge in order to pass or block a certain amount of light which is originating from the backlight. The layer of liquid crystal material is divided into many small regions which are typically referred to as pixels. For full-color displays these pixels are further divided into independently-controllable regions of red, green and blue subpixels, where the red subpixel has a red color filter, blue subpixel has a blue color filter, and green subpixel has a green color filter.

The light which is passing through each subpixel typically originates as "white" (or broadband) light from the backlight, although in general this light is far from being uniform across the visible spectrum. The subpixel color filters allow each subpixel to transmit a certain amount of each color (red, green or blue). When viewed from a distance, the three subpixels appear as one composite pixel and by electrically controlling the amount of light which passes through each subpixel, the composite pixel can produce a very wide range of different colors due to the effective mixing of light from the red, green, and blue subpixels.

Currently, the common and preferable illumination source for LCD backlight assemblies is light emitting diodes (LEDs). Environmental concerns, small space requirements, lower energy consumption, and long lifetime are some of the reasons that the LCD industry is beginning the widespread usage of LEDs for backlights.

LCDs are becoming popular for not only home entertainment purposes, but are now being used as informational/advertising displays in both indoor and outdoor locations. When used for information/advertising purposes, the displays may remain 'on' for extended periods of time and thus would see much more use than a traditional home theatre use. Further, when displays are used in areas where the ambient light level is fairly high (especially outdoors or in aircraft cockpits) the displays must be very bright in order to maintain adequate picture brightness. When used for extended periods of time and/or outdoors, durability of the components can become an issue.

Modern LCD devices have become more sophisticated and now use a plurality of sensors and logic to maintain optimal performance. As is readily apparent, an LCD will not function satisfactorily without an appropriate and properly-functioning control system. The backlight is also essential for proper functioning as the image or data displayed on the liquid crystal layer may only be viewed while the backlight is providing proper illumination to the liquid crystal stack. If the backlight system should fail completely or operate at a less than optimal level, then the LCD will not perform satisfactorily. While this may be a simple inconvenience when LCDs are used for entertainment purposes, when used for information or data displays this can be very costly. For example, LCDs are now being used in aircraft cockpits as well as the instrument panels or display(s) in ground vehicles and marine equipment. In these applications, when there is a failure within the control system, the LCD may no longer display the important information for the vehicle/aircraft and controls may cease to operate. These situations can be undesirable not only to the passengers of the vehicle/aircraft, but also other soldiers/team members who are counting on this part of the mission.

Some control systems have a limited life span, and eventually their performance may suffer. Some systems may quickly fail simply due to a manufacturing defect or may fail due to shock/forces applied to the aircraft or ground vehicle. Currently when this occurs, the entire LCD device must be manually replaced. This is expensive, and is often time consuming. Alternatively, the LCD device could be removed from the display housing, and the degraded or faulty system elements could be manually replaced. This is typically even more costly, and involves extensive manual labor. In currently known units, this also requires virtual complete disassembly of the LCD to gain access to the electronics. This complete disassembly is not only labor intensive, but must be performed in a clean room environment and involves the handling of expensive, delicate, and fragile components that can be easily damager or destroyed, even with the use of expensive specialized tools, equipment , fixtures, and facilities.

Thus, there exists a need for a more durable and dependable control system for an LCD so that failures can be accounted for and vehicles/aircraft can complete a mission and/or return safely to base.

## SUMMARY

Exemplary embodiments provide a power and control system for an LCD device where redundancy is used to create a system that is robust and can continue operations even upon a failure in the control system, power module, sensors, or other electronic assembly within.

Arbiter logic is used to constantly monitor any deviation in operating power supplies or logic control signals. The preferred embodiments provide two independent paths for signals and power to flow to the LCD and LED backlight thereby any failure or deviation in these signals that prevents the display from working properly can be eliminated.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** shows an electrical block diagram of an embodiment for the overall system architecture of a redundant power/control system.

3

FIG. **2** shows an electrical block diagram of an embodiment for a redundant LCD power/control system.

FIG. **3** shows an electrical block diagram of an embodiment for a redundant backlight power/control system.

DETAILED DESCRIPTION

FIG. **1** shows an electrical block diagram of an embodiment for the overall system architecture of a redundant power/control system. In this embodiment, there are dual redundant paths of required DC power and associated control signals for the LCD **28** and the LED backlight **18**. For the backlight section of this embodiment, two independent power supplies **10** and **11** may provide power to the LED controls and drive circuitry. There may be two independent circuits **15** and **16** for driving and controlling the LEDs. The back-end circuitry and components may provide the control signals and power for the LED drive controls **15** and **16** as well as the power supplies **10** and **11**.

For the LCD section of this embodiment, two independent power supplies **20** and **21** may provide power to the LCD controls **28** and drive circuitry **27**. There are two independent circuits **25** and **26** for driving and controlling the LCD. The back-end circuitry and components may provide the source controls/power and video data for the LCD drive controls **25** and **26** as well as the power supplies **20** and **21**.

The two independent paths for the LED backlight **18** and LCD **28** are multiplexed (see MUX **17** and **27** respectively) to provide one set of inputs to the LEDs **18** and LCD **28**. The control signals to the multiplexers **17** and **27** may be provided through Arbiter logic which may be constantly monitoring any deviation in operating power supplies or logic control signals. This scheme provides two independent paths for signals and power to flow to the LCD **28** and LEDs **18** such that any failure or deviation in one path allows the assembly to switch to the alternative path.

It should be noted that the diagram in FIG. **1** is simplified to simply provide an outline of the overall system architecture. Additional details on the LCD controls and the LED backlight controls are provided in FIGS. **2** and **3** respectively.

FIG. **2** shows an electrical block diagram of an embodiment for a redundant LCD power/control system. This embodiment provides two independent paths for video data, controls, and power to the LCD. Two sets of power supplies **100** and **105** may be used to generate the LCD power (for example 3.3V, $V_{DD}$, $V_{GH}$, and $V_{GL}$). The power supplies **100** and **105** are monitored continuously by monitoring circuitry **115** and **120** respectively for any deviation or loss. Arbitration logic may be used to select the appropriate set for the associated LCD drive and gamma control. In addition, there are two sets of LCD control circuits (drive, $V_{com}$, and Gamma generation circuits) **120** and **125** that are monitored continuously. The arbitration logic may be used to select the appropriate set to be channeled to the LCD **135** via the multiplex logic contained within the multiplexer **130**. The video data may also be multiplexed and channeled appropriately by a multiplexer **110** prior to being sent to the circuits **120** and **125**.

It should be noted that although two separate monitoring circuits **115** and **120** are shown, some embodiments may combine these into a single circuit for monitoring the electrical communication from the power supplies **100** and **105** as well as the communications from the LCD control circuits **120** and **125**.

FIG. **3** shows an electrical block diagram of an embodiment for a redundant backlight power/control system. A first

4

power supply **200** is in electrical communication with a power inverter **250** while a second power supply **205** is in electrical communication with a second power inverter **255**. Both power inverters **250** and **255** are in electrical communication with monitoring circuitry **210** which continuously analyzes the signals coming from the power inverters **250** and **255** to determine if one or more components have failed or started to malfunction. The monitoring circuitry **210** may determine if the signal has unexpected deviations or stops altogether and may switch from one set of power supply/power inverter/control circuit to the other. This switch can take place in a matter of milliseconds, providing little to no interruption of the display performance.

The controlling signals for the LED backlight are sent to a first control circuit **220** which also accepts input from a first temperature sensor **290** and first luminance sensor **280**. Accordingly, the controlling signals for the LED backlight are also sent to a second control circuit **225** which also accepts input from a second temperature sensor **285** and second luminance sensor **295**. The output signals from the power inverters **250** and **255** as well as the output signal from the monitoring circuitry **210** may be multiplexed with multiplexer **270**, and then sent to the LEDs **260**.

It should be noted that in embodiments used for night operations, there may actually be two sets of LEDs (one for daytime and one for nighttime operations). This is certainly not required but this embodiment can be used if both daytime and nighttime LEDs are being used.

It should also be mentioned that although shown as a RGB setup, there are many methods for generating white light for the backlight and any method could be used with the embodiments herein. Some embodiments may use several colored LEDs in any combination to create the color white. Sometimes this may be done with a pair of LEDs consisting of a red-green and a red-blue LED that combine to create white. Some embodiments may only use white LEDs for the backlight.

As shown herein, the overall system architecture shown in FIG. **1** may use the LCD control system shown in FIG. **2** or may use other designs. Similarly, the overall system architecture shown in FIG. **1** may use the backlight control system shown in FIG. **3** or may use other designs. It should also be noted that the voltages shown in the Figures are only for illustration and should not be used to limit the exemplary embodiments to such voltages.

Having shown and described preferred embodiments of the invention, those skilled in the art will realize that many variations and modifications may be made to affect the described embodiments and still be within the scope of the claimed invention. Additionally, many of the elements indicated above may be altered or replaced by different elements which will provide the same result and fall within the spirit of the exemplary embodiments. It is the intention, therefore, to limit the invention only as indicated by the scope of the claims.

What is claimed is:
1. An electronic display assembly comprising:
a first power source;
a second power source;
a backlight;
a first backlight controller accepting control signals and in electrical connection with the first and second power sources;
a second backlight controller accepting control signals and in electrical connection with the first and second power sources; and

5

a multiplexer in electrical connection with the first and second backlight controllers and the backlight, wherein the multiplexer is configured to receive an input from each of the first and second backlight controllers and provide a single output to the backlight.

**2.** The display assembly of claim **1** further comprising:

a monitor in electrical connection with the first and second power sources as well as the first and second backlight controllers.

**3.** The display assembly of claim **2** wherein:

the monitor is adapted to analyze the power supplied from the first and second power sources to determine if the power supply has been interrupted.

**4.** The display assembly of claim **2** wherein:

the monitor is adapted to instruct the multiplexer as to which control signal to send to the backlight.

**5.** The display assembly of claim **2** further comprising:

a first luminance sensor in electrical connection with the first backlight controller; and

a second luminance sensor in electrical connection with the second backlight controller;

wherein the monitor is adapted to analyze the signals received from the first and second luminance sensors to determine if the power supply has been interrupted.

**6.** The display assembly of claim **5** further comprising:

a first temperature sensor in electrical connection with the first backlight controller; and

a second temperature sensor in electrical connection with the second backlight controller.

**7.** The display assembly of claim **6** wherein:

the monitor is adapted to analyze the signals received from the first and second temperature sensors to determine if the power supply has been interrupted.

**8.** The display assembly of claim **1** wherein:

the backlight is comprised of a number of light emitting diodes.

**9.** An electronic display assembly comprising:

a first power source;

a second power source;

an electronic display;

a first electronic display controller in electrical connection with the first and second power sources;

a second electronic display controller in electrical connection with the first and second power supplies; and

a first multiplexer in electrical connection with the first and second electronic display controller and the electronic display, wherein said first multiplexer is configured to receive an input from each of said and second electronic display controllers and provide a single output to the electronic display.

**10.** The display assembly of claim **9** further comprising:

a second multiplexer which multiplexes the incoming video data before sending it to the first and second electronic display controller.

**11.** The display assembly of claim **10** further comprising:

a first monitor in electrical connection with the first power source, first electronic display controller, and the first multiplexer; and

a second monitor in electrical connection with the second power source, second electronic display controller, and the first multiplexer.

6

**12.** The display assembly of claim **11** wherein:

the first and second monitors are adapted to analyze the electrical signals from the first and second power sources, respectively, and the first and second electronic display controllers, respectively, to determine if the electrical signals have been interrupted.

**13.** The display assembly of claim **12** wherein:

the first and second monitors are further adapted to instruct the first multiplexer as to which power source and associated electronic display controller signal is to be sent to the electronic display.

**14.** The display assembly of claim **9** wherein:

the electronic display is a liquid crystal display.

**15.** The display assembly of claim **14** wherein:

the electronic display is backlit.

**16.** An electronic display assembly comprising:

a first power supply;

a second power supply;

a backlight;

a first backlight controller in electrical connection with the first and second power supplies;

a second backlight controller in electrical connection with the first and second power supplies;

a multiplexer in electrical connection with the first and second backlight controllers and the backlight, wherein said multiplexer is configured to receive an input from each of the first and second backlight controller and provide a single output to the backlight;

an electronic display positioned in front of the backlight,

a third power supply;

a fourth power supply;

a first electronic display controller in electrical connection with the third and fourth power supplies;

a second electronic display controller in electrical connection with the third and fourth power supplies; and

a first multiplexer in electrical connection with the first and second electronic display controllers and the electronic display, wherein said first multiplexer is configured to receive an input from each of the first and second electronic display controllers and provide a single output to the electronic display.

**17.** The system of claim **16** further comprising:

a second multiplexer accepting video data and in electrical connection with the first and second electronic display controllers.

**18.** The system of claim **17** further comprising:

a first electronic display monitor configured to analyze the electrical signals from the third power supply and first electronic display controller; and

a second electronic display monitor configured to analyze the electrical signals from the fourth power supply and second electronic display controller;

wherein the first and second electronic display monitors are further configured to direct a third multiplexer to select between providing the electrical signal from the first electronic display controller or second electronic display controller to the electronic display.

**19.** The system of claim **16** wherein:

the electronic display is a liquid crystal display.

**20.** The system of claim **16** wherein:

the backlight is comprised of a number of light emitting diodes.

* * * * *

EXHIBIT F



## 20" x 8" Active Matrix LCD

The Large Area Avionics Display (LAAD) is an Open System Architecture compatible multi-functional airborne display. The LAAD presents clear, crisp, high-fidelity graphics and video overlays/windows onto a separately addressable, left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 active matrix LCD.

### KEY FEATURES & BENEFITS

- Open System Architecture (OSA) compatible

- Presents crisp, clear, high fidelity graphics and video overlays/windows

- Dual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD

- Can be 'dumb' display only device or "smart", with internal graphics and systems processing

- Optional ARINC 818, video inputs, touchscreen, MFD bezel

# LARGE AREA AVIONICS DISPLAY (LAAD)



## 20" x 8" Active Matrix LCD

### SPECIFICATIONS

| OPTICAL PERFORMANCE | |
|---|---|
| Viewable Area | 20.0"(w) x 8.0"(h) |
| Addressability | Flexible autoscaling |
| Backlight | Light Emitting Diode (LED) |
| Resolution | 2560 x 1024 (Dual Left / Right 1280 x 1024), 8-bit color |
| Luminance | 0.025 fL to 260+ fL |
| Viewing Angle | ±90° horizontal / vertical inherent, Tuned to mission environment (tactical, transport, rotary, other) |
| Touch Screen | Dual infrared, anti-reflective coating |
| Contrast Ratio | > 10:1 (high ambient lighting) |
| NVIS | Type II, Class B (MIL-L-85762) |

| PHYSICAL DESCRIPTION | |
|---|---|
| Dimensions | 21.60" (w) x 9.55" (h) x 5.0" (d) |
| Weight | 20 lb. minimum |
| Cooling | Internal fans |
| Primary Power | 28 VDC, 5 VAC bezel, 250 W nominal |
| Bezel Configuration | MFD, custom, inclinometer (optional) |

| FUNCTIONAL DESCRIPTION | |
|---|---|
| Video Interfaces | DVI (copper or fibre), ARINC 818 (optional) |
| Signal Interfaces | RS-232/422, discretes Optional: MIL-STD-1553, ARINC 429/453/708A, RS-232/422/485, Fibre Channel, IEEE-1394, Ethernet |

| ENVIRONMENTAL PERFORMANCE | |
|---|---|
| Temperature | Operating: -40°C to +71°C Storage: -54°C to +85°C |
| Ruggedization | Tactical aircraft environment |
| Altitude | 65,000 ft |
| Reliability | > 5,000 hours MTBF |
| EMI/EMC | Tactical aircraft environment |

**Aviation Products**

1355 Bluegrass Lakes Parkway

Alpharetta, GA 30004-8458

Tel: (770) 752-7000

www.L3aviationproducts.com



**L3 Aviation Products** is a leading provider of commercial and military avionics, as well as MRO services. We manufacture a diverse line of safety- and efficiency-enhancing products that sets the standard for next-generation cockpit requirements.

Cleared for public release by DoD/OSR under 08-S-2617 on September 25, 2008. Data, including specifications, contained within this document are summary in nature and subject to change at any time without notice at L3's discretion. Call for latest revision. All brand names and product names referenced are trademarks, registered trademarks, or trade names of their respective holders. 12/2016

EXHIBIT G



# 20" x 8" Active Matrix LCD

The PANTHR™ Large Area Display (LAD) is a self-contained, fault-tolerant, multi-function airborne display.  It is a best-value technical solution which provides an optimal balance of exceptional performance, life-cycle affordability, low risk, and long-term supportability. The PANTHR display presents clear, crisp, high-fidelity graphics and video overlays/windows onto two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD.

## KEY FEATURES

- High-resolution, large-area AMLCD provides crisp, high-quality presentations of video and graphics

- LED backlighting for high bright and night operational modes supports full sunlight and night conditions

- Dual-channel high-performance processing subsystem provides required computing performance

- Modular, Open Architecture

- IR touch screen with swipe, pinch-zoom capability



# **20" x 8" Active Matrix LCD**

## SPECIFICATIONS

| OPTICAL PERFORMANCE | |
|---|---|
| Viewable Area | 20.0"(w) x 8.0"(h); 21.5" diagonal |
| Backlight | Light-Emitting Diode (LED) |
| Resolution | 2560 x 1024, 128 dpi/8-bit color |
| Luminance | Day: 10 fL to 290 fL (minimum)<br>Night: 0.025 fL to 25 fL |
| Viewing Angle | ±90° horizontal/vertical inherent,<br>Tuned to mission environment (tactical,<br>transport, rotary, other) |
| Touch Screen | Optional; IR touch screen with swipe, pinch-<br>zoom capability |
| Contrast Ratio | > 10:1 (high ambient lighting) |
| NVIS Provisions | NVIS B |
| **PHYSICAL DESCRIPTION** | |
| Dimensions | 21.79" (w) x 9.73" (h) x 4.75" (d) |
| Weight | 20 lb. minimum |
| Cooling | Internal fans |
| Primary Power | 28 VDC, 150 W nominal (full bright/fans on) |
| **FUNCTIONAL DESCRIPTION** | |
| Primary Interfaces | DVI (copper); RS-422 |
| Optional Interfaces | DVI (fibre); ARINC 818; DisplayPort™ |
| **ENVIRONMENTAL PERFORMANCE** | |
| Temperature | Operating: -40 °C to +71 °C<br>Storage: -54 °C to +85 °C |
| Ruggedization | Tactical aircraft environment |
| Altitude | 65,000 ft. |
| Reliability | > 5,000 hours MTBF |
| EMI/EMC | Tactical aircraft environment |

| OPTIONS |
|---|
| • Attached or separate control panel (Off-Night-Day brightness control)<br>• Bezel-mounted switches |

**Front View**

21.79 in

9.73 in

20.0 in

8.0 in

**Side View**

4.75 in

## Aviation Products

1355 Bluegrass Lakes Parkway

Alpharetta, GA 30004-8458

Tel: (770) 752-7000

www.L3aviationproducts.com



**L3 Aviation Products** is a leading provider of commercial and military avionics, as well as MRO services. We manufacture a diverse line of safety- and efficiency-enhancing products that sets the standard for next-generation cockpit requirements.

This technology is controlled under the Export Administration Regulations (EAR) and may not be exported to a Foreign Person, either in the U.S. or abroad, without proper authorization by the U.S. Department of Commerce. Data, including specifications, contained within this document are summary in nature and subject to change at any time without notice at L3's discretion. Call for latest revision. All brand names and product names referenced are trademarks, registered trademarks, or trade names of their respective holders. 2/2017

# EXHIBIT H



# STANDLEY
## LAW GROUP LLP

October 17, 2016

**VIA EMAIL TO:** matt.quinn@L-3Com.com

Mr. Matt Quinn
Senior Director
L-3 Display Systems
1355 Bluegrass Lakes Pkwy
Alpharetta, GA 30004

Re:    8 x 20 LAAD and PANTHR Displays and APC's Patents

Dear Mr. Quinn:

We represent American Panel Corporation ("APC") with respect to its intellectual property matters.  This letter is in furtherance to APC's email to L-3 Display Systems ("L-3") dated September 27, 2016 requesting a confirmation that L-3 is planning to use the APC displays for its new 8 x 20 LAAD and PANTHR products recently exhibited at the US Air Force trade show.  We wanted to take this opportunity to make you aware of APC's intellectual property in this field.

As you may not know, APC has invested significant resources into the development of a robust intellectual property portfolio.  APC has obtained a large number of US and foreign patents related to their electronic displays and related technology, including APC's Large Area Display ("LAD") systems.  APC has obtained a number of issued US patents that may be applicable to L-3's LAAD, PANTHR, and similar products which we thought you should be aware of.  These patents include at least the following:

- 7,295,179 for FLAT PANEL DISPLAY HAVING MULTIPLE DISPLAY AREAS ON ONE GLASS SUBSTRATE
- 8,704,751 for REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS
- 9,117,417 for REDUNDANT POWER/CONTROL SYSTEM FOR LIQUID CRYSTAL DISPLAYS
- 8,480,281 for NVIS COMPATIBLE BACKLIGHT DEVICE AND LCD USING THE SAME
- 9,268,166 for NVIS COMPATIBLE BACKLIGHT DEVICE AND LCD USING THE SAME
- 9,418,603 for REDUNDANT CONTROL SYSTEM FOR LCD
- 7,495,714 for FLAT PANEL DISPLAY HAVING AN ISOLATED EMI LAYER AND INTEGRAL HEATER AND THERMAL SENSORS



October 17, 2016
Page 2

- 7,265,809 for FLAT PANEL DISPLAY HAVING INTEGRAL METAL HEATER OPTICALLY HIDDEN BEHIND AN EMI SHIELD
- 7,573,458 for WIDE FLAT PANEL LCD WITH UNITARY VISUAL DISPLAY

APC is appreciative of its long-standing relationship with L-3.  To the extent that L-3 continues to purchase LAD products from APC, L-3 has an inherent license to use APC's patented technology for the products purchased.  However, to the extent that L-3 wishes to purchase products elsewhere that infringe on APC patented technology, L-3 will likely be required to obtain a license from APC for the aforementioned patents and compensate APC for any damage already incurred by loss of market share for possible infringements.

APC is committed to protecting its significant investment in its intellectual property.  APC remains confident that L-3 and APC can and will continue to have a mutually beneficial relationship and APC looks forward to continuing its important work with L-3.

We are happy to answer any questions you might have regarding APC's intellectual property as discussed herein.  We appreciate your consideration of these matters. Please direct any questions regarding this matter to the undersigned.

Sincerely,

Jeffrey S. Standley

JSS/ajs

CC: APC

EXHIBIT I

| U.S. Patent No. 7,295,179 Claim 1 Elements | The LAAD Device | The PANTHR LAD ("PANTHR") Device |
|---|---|---|
| A flat panel display comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure available at https://www.l3commercialaviation.com/avionics/products/large-area-avionics-display/. | The device is described as a LCD type display. *See generally* PANTHR Brochure available at https://www.l3commercialaviation.com/avionics/products/panthr-lad/. |
| a first and a second substrate with a unitary layer of liquid crystal material sandwiched therebetween; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to place a unitary liquid crystal layer between a first and second substrate in order to contain the liquid crystal layer and present the seamless appearance depicted below.  | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Upon information and belief, it is necessary to place a unitary liquid crystal layer between a first and second substrate in order to contain the liquid crystal layer and present the seamless appearance depicted below.  |
| from two to four uniquely addressable display sections arranged in the liquid crystal material, said uniquely addressable display sections having a unique set of gate drivers and source drivers uniquely addressable; | See above.  Upon information and belief, separate gate drivers and sources drivers are required in order to provide separately addressable display sections. | See above.  Upon information and belief, separate gate drivers and sources drivers are required in order to provide separately addressable display sections. |
| wherein said uniquely addressable display sections being electrically | See above.  Upon information and belief, it is necessary that the first and second display | See above.  Upon information and belief, it is necessary that the first and second display |

| separate and independent of each other; | sections be electrically separate and independent in order to make the display sections separately addressable. | sections be electrically separate and independent in order to make the display sections separately addressable.<br><br>Additionally, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display". Upon information and belief, electrical separation and independence of the display sections is necessary to provide such fault tolerance. |
| --- | --- | --- |
| wherein said first and second substrates are each of a one-piece construction; and | See above.  Upon information and belief, it is necessary that the first and second substrates be of one-piece construction in order to present a seamless appearance. | See above.  Upon information and belief, it is necessary that the first and second substrates be of one-piece construction in order to present a seamless appearance. |
| wherein there is neither a physical nor visible seam between the uniquely addressable display sections when viewing said flat panel display in operation. | | |
| **U.S. Patent No. 7,295,179<br>Claim 3 Elements** | **LAAD** | **The PANTHR LAD ("PANTHR") Device** |
| The flat panel display according to claim 1, wherein said flat panel display is redundant in that if one of the uniquely addressable display sections fails, at least one other uniquely addressable display section continues to operate. | Upon information and belief, the "separately-addressable" displays are redundant in that if one of the uniquely addressable display section fails, at least one other uniquely addressable display section continues to operate. | The PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display". |
| **U.S. Patent No. 7,295,179<br>Claim 7 Elements** | **LAAD** | **The PANTHR LAD ("PANTHR") Device** |
| A flat panel display comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |

| a first glass substrate having at least two electrically separate and independent sections, each said electrically separate and independent section having one or two uniquely addressable display areas; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to place the liquid crystal layer between the first and second substrate in order to contain the liquid crystal layer and present the seamless appearance depicted below.<br><br><br><br>Upon information and belief, it is necessary that the first and second display sections be electrically separate and independent in order to make each section separately addressable. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Upon information and belief, it is necessary to place the liquid crystal layer between the first and second substrate in order to contain the liquid crystal layer and present the seamless appearance depicted below.<br><br><br><br>Upon information and belief, it is necessary that the first and second display sections be electrically separate and independent in order to make each section separately addressable. |
|---|---|---|
| wherein said first glass substrate is of a one-piece construction; and<br><br>wherein there is neither a physical nor visible seam between any of the uniquely addressable display areas when viewing said flat panel display in operation. | See above.  Upon information and belief, it is necessary that the glass substrate be of one-piece construction in order to present a seamless appearance. | See above.  Upon information and belief, it is necessary that the glass substrate be of one-piece construction in order to present a seamless appearance. |

| U.S. Patent No. 9,997,118<br>Claim 1 Elements | The LAAD Device | The PANTHR LAD ("PANTHR")<br>Device |
|---|---|---|
| An electronic display assembly comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first power source;<br><br>a second power source; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power source to each display section to achieve separate addressability. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display".  Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a power source to each display section to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| a backlight; | An LCD type display necessarily requires a backlight for operation. | An LCD type display necessarily requires a backlight for operation. |
| a first backlight controller accepting control signals and in electrical connection with the first and second power sources;<br><br>a second backlight controller accepting control signals and in electrical connection with the first and second power sources; and | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".   Upon information and belief, it is necessary to provide a controller for the backlight of each display to achieve separate addressability. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display".  Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a controller for the backlight of each display to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |

| a multiplexer in electrical connection with the first and second backlight controllers and the backlight, wherein the multiplexer is configured to receive an input from each of the first and second backlight controllers and provide a single output to the backlight. | See above.  In order to operate a first and second backlight controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the backlight would be required. | See above.  In order to operate a first and second backlight controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the backlight would be required. |

| U.S. Patent No. 9,997,118 Claim 9 Elements | The LAAD Device | The PANTHR LAD ("PANTHR") Device |
|---|---|---|
| An electronic display assembly comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first power source; <br><br> a second power source; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power source to each display to achieve such separate addressability. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display".  Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a power source to each display to achieve such separate addressability and fault tolerance by a dual channel processing system. |
| an electronic display; | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first electronic display controller in electrical connection with the first and second power sources; <br><br> a second electronic display controller in electrical connection with the first and second power supplies; and | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a controller with each display section in order to control the image displayed thereon. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Upon information and belief, it is necessary to provide a controller with each display section in order to control the image displayed thereon. |

| | | Additionally, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display" having a "[d]ual channel… processing subsystem". Upon information and belief, it is necessary to connect each display controller to each power source in order to provide fault tolerance by a dual channel processing system. |
| --- | --- | --- |
| a first multiplexer in electrical connection with the first and second electronic display controller and the electronic display, wherein said first multiplexer is configured to receive an input from each of said and second electronic display controllers and provide a single output to the electronic display. | See above.  In order to operate a first and second electronic display controllers and to provide consistent imagining and redundancy, a multiplexer accepting an input from both of the controllers and providing a single output to the display would be required. | See above.  In order to operate a first and second electronic display controllers and to provide consistent imagining and redundancy, a multiplexer accepting an input from both of the controllers and providing a single output to the display would be required. |

| U.S. Patent No. 8,704,751 Claim 1 Elements | The LAAD Device | The PANTHR LAD ("PANTHR") Device |
| --- | --- | --- |
| A control and power system for an LED backlight, the system comprising: | The device is described as a LCD type display, which necessarily includes a backlight.  *See generally* LAAD Brochure. The display necessarily requires a backlight.  Upon information and belief, the backlight is an LED type backlight. | The device is described as a LCD type display, which necessarily includes a backlight.  *See generally* PANTHR Brochure. The display necessarily requires a backlight.  Upon information and belief, the backlight is an LED type backlight. |
| a first power supply accepting a power input; a second power supply accepting a power input; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power supply to power | A power supply is necessarily required to operate the backlight and display.  The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR |

| | the backlight for each display section to achieve separate addressability. | brochure describes the device as a "fault-tolerant, multi-function airborne display". Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem". Upon information and belief, it is necessary to provide a power supply to power the backlight for each display section to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
|---|---|---|
| a first LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies; <br><br> a second LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies; | See above.  Upon information and belief, it is necessary to provide a control circuit for the backlight of each display in order to achieve separate addressability and redundancy. | See above.  Upon information and belief, it is necessary to provide a control circuit for the backlight of each display in order to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| a multiplexer in electrical communication with the first and second LED control circuits and the LED backlight; <br><br> a monitoring circuit in electrical communication with the first and second power supply and first and second LED control circuit; | See above.  In order to operate a first and second backlight controller in a manner which provides consistent lighting and redundancy, a multiplexer and corresponding monitoring circuit accepting input from both controllers and providing a single output to the backlight is required. | See above.  In order to operate a first and second backlight controller in a manner which provides consistent lighting and redundancy, a multiplexer and corresponding monitoring circuit accepting input from both controllers and providing a single output to the backlight is required. |
| a first luminance sensor in electrical communication with the first LED control circuit; and <br><br> a second luminance sensor in electrical communication with the second LED control circuit; and <br><br> wherein the monitoring circuit is adapted to analyze the signals from the first and second luminance sensors to determine if the signal has been interrupted. | See above.  In order to determine which backlight is operable, and thus which control circuit and power supply should be used, a luminance sensor for each backlight is necessarily required. | See above.  In order to determine which backlight is operable, and thus which control circuit and power supply should be used, a luminance sensor for each backlight is necessarily required. |

| U.S. Patent No. 9,117,417 Claim 1 Elements | The LAAD Device | The LAD PANTHR ("PANTHR") Device |
|---|---|---|
| A control and power system for an LED backlight, the system comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. The display necessarily requires a backlight.  Upon information and belief, the backlight is an LED type backlight. | The device is described as a LCD type display. *See generally* PANTHR Brochure. The display necessarily requires a backlight.  Upon information and belief, the backlight is an LED type backlight. |
| a first power supply accepting a power input; a second power supply accepting a power input; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power supply to power the backlight for each display section to achieve separate addressability. | A power supply is necessarily required to operate the backlight and display.  The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display".  Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a power supply to power the backlight for each display section to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| a first LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies; a second LED control circuit accepting backlight control signals and in electrical communication with the first and second power supplies; and | See above.  Upon information and belief, it is necessary to provide a control circuit for the backlight of each display in order to achieve separate addressability and redundancy. | See above.  Upon information and belief, it is necessary to provide a control circuit for the backlight of each display in order to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |

| a multiplexer in electrical communication with each one of the following: the first and second LED control circuits and the LED backlight. | See above.  In order to operate a first and second backlight controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the backlight is required. | See above.  In order to operate a first and second backlight controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the backlight is required. |
|---|---|---|
| **U.S. Patent No. 9,117,417 Claim 9 Elements** | **LAAD** | **The LAD PANTHR Device ("PANTHR")** |
| A control and power system for a liquid crystal display (LCD), the system comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first power supply accepting a power input;<br><br>a second power supply accepting a power input; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power supply to power each display section to achieve separate addressability. | A power supply is necessarily required to operate the backlight and display.  The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display".  Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a power supply to power each display section to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| a first LCD control circuit accepting video data and in electrical communication with the first and second power supplies;<br><br>a second LCD control circuit accepting video data and in electrical communication with the first and second power supplies; and | See above.  Upon information and belief, it is necessary to provide a control circuit for each display in order to achieve separate addressability and redundancy. | See above.  Upon information and belief, it is necessary to provide a control circuit for each display in order to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |

| a first multiplexer in electrical communication with each one of the following: the first and second LCD control circuits and the LCD. | See above.  In order to operate a first and second display controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the display is required. | See above.  In order to operate a first and second display controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the display is required. |

| U.S. Patent No. 9,666,148 Claim 1 Elements | The LAAD Device | The LAD PANTHR Device ("PANTHR") |
|---|---|---|
| An electronic display assembly comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first power supply;<br><br>a second power supply; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power supply for each display section to achieve separate addressability. | A power supply is necessarily required to operate the backlight and display.  The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display".  Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a power supply for each display section to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| An LED backlight; | The device is described as a LCD type display. *See generally* LAAD Brochure.  The display necessarily requires a backlight.  Upon | The device is described as a LCD type display. *See generally* PANTHR Brochure. The display necessarily requires a backlight. |

| | information and belief, the backlight is an LED type backlight. | Upon information and belief, the backlight is an LED type backlight. |
|---|---|---|
| a first LED control circuit accepting backlight control signals and in electrical connection with the first and second power supplies; a second LED control circuit accepting backlight control signals and in electrical connection with the first and second power supplies; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD". Upon information and belief, it is necessary to provide a control circuit for the backlight of each display in order to achieve separate addressability. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD." Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display". Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem". Upon information and belief, it is necessary to provide a control circuit for the backlight of each display in order to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| a multiplexer in electrical connection with the first and second LED control circuits and the LED backlight; and | See above.  In order to operate a first and second backlight control circuit in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both control circuits and providing a single output to the backlight is required. | See above.  In order to operate a first and second backlight control circuit in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both control circuits and providing a single output to the backlight is required. |
| a liquid crystal display (LCD) positioned in front of the LED backlight; | The device is described as a LCD type display. *See generally* LAAD Brochure.  The display must necessarily be positioned in front of the backlight in order for the display to be properly illuminated. | The device is described as a LCD type display.  *See generally* PANTHR Brochure. The display must necessarily be positioned in front of the backlight in order for the display to be properly illuminated. |
| wherein the multiplexer is configured to receive an input from each of the first and second LED control circuits and provide a single output to the LED backlight. | See above.  In order to operate a first and second backlight control circuit in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both control circuits and providing a single output to the backlight is required. | See above.  In order to operate a first and second backlight control circuit in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both control circuits and providing a single output to the backlight is required. |

| U.S. Patent No. 9,666,148 Claim 9 Elements | LAAD | The LAD PANTHR Device ("PANTHR") |
|---|---|---|
| An electronic display assembly comprising: | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first power supply;<br><br>a second power supply; | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a power supply to power each display section to achieve separate addressability. | A power supply is necessarily required to operate the backlight and display.  The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display". Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a power supply to power each display section to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
| a liquid crystal display (LCD); | The device is described as a LCD type display. *See generally* LAAD Brochure. | The device is described as a LCD type display. *See generally* PANTHR Brochure. |
| a first LCD control circuit in electrical connection with the first and second power supplies;<br><br>a second LCD control circuit in electrical connection with the first and second power supplies; and | The LAAD brochure describes "[d]ual separately addressable left and right 1280 x 1024 displays via one, monolithic 2560 x 1024 AMLCD".  Upon information and belief, it is necessary to provide a control circuit for each display in order to achieve separate addressability. | The PANTHR Brochure describes "… two separately addressable 1280 x 1024 video screens via one, monolithic 2560 x 1024 active matrix LCD."  Further, the PANTHR brochure describes the device as a "fault-tolerant, multi-function airborne display". Further still, the PANTHR brochures describes the device as having a "[d]ual channel… processing subsystem".  Upon information and belief, it is necessary to provide a control circuit for each display in |

| | | order to achieve separate addressability and fault tolerance while providing a dual channel processing subsystem. |
|---|---|---|
| a first multiplexer in electrical connection with the first and second LCD control circuits and the LCD, wherein the first multiplexer is configured to receive input signals from each of the first and second LCD control circuits and provide a single input signal to the LCD. | See above.  In order to operate a first and second display controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the display is required. | See above.  In order to operate a first and second display controller in a manner which provides consistent lighting and redundancy, a multiplexer accepting input from both controllers and providing a single output to the display is required. |