## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMERICAN PANEL CORPORATION,

Plaintiff,

v.

L3 Technologies, Inc. and L3 Aviation Products, Inc.,

Defendants.

C.A. No. 19-00252-RGA

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, as of March 1, 2019, the law firm of Connolly Gallagher

LLP ("CG") will change the address of its office in Wilmington, Delaware, to:

**1201 North Market Street, 20th Floor**
**Wilmington, DE 19801**

The telephone number(s), facsimile number(s), and email address(es) of the CG attorneys

appearing in this action shall remain the same.

Respectfully submitted,

*Of Counsel:*

Jeffrey S. Standley (Ohio Bar #0047248)
Beverly A. Marsh (Ohio Bar #0080935)
**STANDLEY LAW GROUP LLP**
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
jstandley@standleyllp.com
bmarsh@standleyllp.com

*/s/ Ryan P. Newell*
Ryan P. Newell (#4744)
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
(302) 757-7300
rnewell@connollygallagher.com

*Attorneys for Plaintiff, American Panel*
*Corporation*

Dated: February 27, 2019