# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| American Panel Corporation,<br><br>         Plaintiff,<br><br> v.<br><br>L3 Technologies, Inc.<br>L3 Aviation Products, Inc.<br><br>         Defendants. | C.A. No. 1:19-cv-00252-RGA |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff American Panel Corporation, by and through its counsel, hereby files this notice of dismissal without prejudice.

                Respectfully submitted,

Dated: May 6, 2019

**Of Counsel:**

Jeffrey S. Standley (Ohio Bar #0047248)
Beverly A. Marsh (Ohio Bar #0080935)
**STANDLEY LAW GROUP LLP**
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Facsimile: (614) 792-5536
jstandley@standleyllp.com
bmarsh@standleyllp.com

/s/ Ryan P. Newell
Arthur G. Connolly III (#2667)
Ryan P. Newell (#4744)
**CONNOLLY GALLAGHER LLP**
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302)757-7300
Facsimile: (302)757-7299
aconnolly@connollygallagher.com
rnewell@connollygallagher.com

*Attorneys for Plaintiff*
American Panel Corporation